IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE                                                                                   PLAINTIFF

VS.                                                  CIVIL ACTION NO.: 3:21-CV-00171-NBB-RP

CITY OF HERNANDO, ET AL.                                                              DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants the City of Hernando, Scott Worsham, in his official capacity as Chief of Police of the Hernando Police Department, and Officer Lynn Brown, individually and in his official capacity as a Hernando Police Officer, ("Municipal Defendants") respectfully move the Court for an extension of time in which to answer or otherwise respond to Adrian Hoyle's ("Plaintiff") Complaint. In support of their Motion, Municipal Defendants would show as follows:

1. Plaintiff filed this lawsuit on July 30, 2021. *See* Doc. No. 1.

2. Municipal Defendants were served with this lawsuit on or about August 2, 2021. Accordingly, a response is currently due August 23, 2021.

3. Due to allegations made in the complaint that will require investigation by undersigned counsel, and due to other pending matters that require undersigned counsel's attention, an extension is necessary. Therefore, Municipal Defendants respectfully request a forty (40) day extension up to and through October 4, 2021,[1] to answer or otherwise respond to Plaintiff's Complaint.

4. This motion is not being made for the purpose of delay, but, rather, is needed to allow Municipal Defendants sufficient time to fully investigate the allegations of the Complaint

---

[1] The 40-day time period would end on Saturday, October 2, 2021. Accordingly, the responsive pleading would be due Monday, October 4, 2021. Fed. R. Civ. P. 6(1).

and prepare an answer or other responsive pleading. Plaintiff will not be prejudiced by such an extension of time.

5. Plaintiff's counsel was contacted and does not oppose Municipal Defendants' request for an extension of time to answer.

6. Given the nature of this request, Municipal Defendants ask that the requirement of a separate memorandum in support be waived.

For these reasons, Municipal Defendants the City of Hernando, Scott Worsham, in his official capacity as Chief of Police of the Hernando Police Department, and Officer Lynn Brown, individually and in his official capacity as a Hernando Police Officer, respectfully request a forty (40) day extension of time, up to and through October 4, 2021, to answer or otherwise respond to Plaintiff's Complaint.

THIS the 10th day of August, 2021.

>Respectfully submitted,
>
>PHELPS DUNBAR LLP
>
>BY: *s/ Mallory K. Bland*
>G. Todd Butler MS Bar No.: 102907
>Mallory K. Bland MS Bar No. 105665
>4270 I-55 North
>Jackson, Mississippi 39211-6391
>Telephone: 601-352-2300
>Facsimile: 601-360-9777
>Email: butlert@phelps.com;
>mallory.bland@phelps.com
>
>***Attorneys for the City of Hernando, Scott Worsham, in his official capacity as Chief of Police of Hernando Police Department and Officer Lynn Brown, individually and in his official capacity as a Hernando Police Officer***

## **CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed this motion with the Clerk of the Court, using the CM/ECF system, which sent notification to the following counsel of record:

Martin Zummach
SPARKMAN-ZUMMACH
7125 Getwell Road, Suite 201
Southaven, MS  38671
Telephone:  (662) 349-6900
Facsimile:  (662) 349-6800
martin@sparkman-zummach.com

***ATTORNEY FOR PLAINTIFF***

This the 10th day of August, 2021.

*s/ Mallory K. Bland*
Mallory K. Bland
