AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Northern District of Mississippi
Oxford Division

| | | |
|---|---|---|
| ADRIAN HOYLE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00171-NBB-RP |
| | ) | |
| CITY OF HERNANDO, ET AL. | ) | |
| *Defendants* | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, City of Hernando, Scott Worsham and Officer Lynn Brown.

Date: 8/10/21

*/s/ G. Todd Butler*

*Attorney's Signature*

G. TODD BUTLER, MB #102907

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

todd.butler@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

PD.34865911.1

## **CERTIFICATE OF SERVICE**

I, certify that, on August 10, 2021, I electronically filed the above and foregoing *NOTICE OF ENTRY OF APPEARANCE OF COUNSEL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record.

       */s/ G. Todd Butler*
       G. TODD BUTLER