# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ADRIAN HOYLE**                                                                                   **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO. 3:21-CV-171-NBB-RP**

**CITY OF HERNANDO, ET AL.**                                      **DEFENDANTS**

## ORDER GRANTING EXTENSION OF TIME

Defendants seeks an extension of time to respond to the Complaint. Docket 3. Plaintiff has no objection to the requested extension of time. The court has reviewed the docket and finds that the extension may be GRANTED. Defendant must respond to the Complaint no later than October 4, 2021.

SO ORDERED, this the 11th day of August, 2021.

                                                                     /s/ Roy Percy
                                                                     United States Magistrate Judge