# WELLS & ASSOCIATES, PLLC
**Attorneys at Law**

MURRAY B. WELLS
AARON A. NEGLIA
NYKEDRA JACKSON
CAROLINE GORDON
ESPERANZA KING
ARIEL RUSH

81 Monroe Avenue
Suite 400
Businessmen's Club
Memphis, Tennessee 38103
Tel (901) 507-2521
Fax (901) 507-1791
www.thewellsfirm.com

CATHY DALY
Office Manager

NICOLE CICI
Paralegal

*VIA* **CERTIFIED MAIL**

N.C. Tom Fergusnon
Mayor of Hernando
475 West Commerce Street
Hernando, MS 38632

Scott Worsham
Chief of Police - Hernando
475 West Commerce Street
Hernando, MS 38632

Lynn Brown
Officer - Hernando Police Department
475 West Commerce Street
Hernando, MS 38632

Re: Dog Attack on Adrian Hoyle
Incident Date: 9/3/20
Location: Interstate 55 near Commerce Street in Hernando, MS
Our Clients: Kristopher Ford, Deceased & Jesse White, Deceased

Gentlemen:

Please be advised I have been retained to represent the interests of Adrian Hoyle with respect to injuries he received as a result of an attack by a service dog handle by Officer Lynn Brown. As you know, Mr. Hoyle was bitten several times and was transported via squad car (no ambulance?) to the hospital where he received treatment and stitches for the wounds and now has permanent scarring.

Clearly, you are aware of *Cooper v. Lynn Brown*, 16-60042 (5th Cir COA, 2016), a previous 5th Circuit case wherein Lynn Brown was found to have used excessive force vis-à-vis service dog, so there is notice of this sort of potential for harm and excessive force.

By this letter, you are hereby given notice not to destroy, conceal or alter any video or other recorded materials and/or any documents or other materials generated from the above referenced incident. Specifically, please preserve all such materials, including, but not limited to the entire investigative file, any and all surveillance video footage; any and all video footage of the police interaction; any and all recorded communications between police officers from the incident date, to include dispatch; photographs of all officers involved in the foregoing incident; calls for service;



investigation, reports/documents; memoranda of any kind; material, including video footage, taken from a cell phone; fire department records; EMS records; witness reports, employee records; body cameras on the officers; patrol cars with video cameras; computer notes in cars, Internal Affairs files, (including but not limited to notes, memos, witness statements, photographs; police reports); booking information; witness statements; any and all documents related to the above referenced matter not specifically identified herein. Please take all steps necessary to prevent the deletion and/or alteration, whether intentional or not, of this material.

If your records are not preserved in accordance with your obligations and as set forth in this letter, we will seek relief for spoliation of evidence at the appropriate time, including sanctions from the court.

As always, if you have any questions or comments, please do not hesitate to contact us directly.

Very truly yours,

WELLS & ASSOCIATES, PLLC

Murray B. Wells