
Scott Worsham

Track

USPS package #70200090000019587888
www.usps.com

# Delivered: Fri, Feb 12, 09:43 AM

## Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Feb 12 | 9:43 AM | Hernando, MS, United States | Delivered, front desk/reception/mail room |
| Feb 12 | 7:45 AM | Hernando, MS, United States | Out for delivery |
| Feb 12 | 7:34 AM | Hernando, MS, United States | Arrived at post office |
| Feb 11 | 2:57 PM | Memphis Tn Distribution Center | Departed USPS regional facility |
| Feb 10 | 8:46 PM | Memphis Tn Distribution Center | Arrived at USPS regional facility |

**TOM FERGUSON**

Track

USPS package #70200090000019587864
www.usps.com

# Delivered: Fri, Feb 12, 09:43 AM

## Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Feb 12 | 9:43 AM | Hernando, MS, United States | Delivered, front desk/reception/mail room |
| Feb 12 | 7:45 AM | Hernando, MS, United States | Out for delivery |


EXHIBIT B

| | | | |
|---|---|---|---|
| Feb 12 | 7:34 AM | Hernando, MS, United States | Arrived at post office |
| Feb 11 | 3:50 PM | Memphis Tn Distribution Center | Departed USPS regional facility |
| Feb 10 | 8:40 PM | Memphis Tn Distribution Center | Arrived at USPS regional facility |


Lynn Brown

Track

USPS package #70200090000019587857
www.usps.com

# Delivered: Fri, Feb 12, 09:43 AM

### Processed In transit Delivered

| DATE | TIME | LOCATION | STATUS |
|---|---|---|---|
| Feb 12 | 9:43 AM | Hernando, MS, United States | Delivered, front desk/reception/mail room |
| Feb 12 | 7:45 AM | Hernando, MS, United States | Out for delivery |
| Feb 12 | 7:34 AM | Hernando, MS, United States | Arrived at post office |
| Feb 11 | 3:55 PM | Memphis Tn Distribution Center | Departed USPS regional facility |
| Feb 10 | 8:44 PM | Memphis Tn Distribution Center | Arrived at USPS regional facility |