Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
Northern DISTRICT OF MISSISSIPPI

ADRIAN HOYLE

      Plaintiff

v.                                          CIVIL ACTION NO.: 3:21-cv-171NBB-RP

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and JOHN DOES 1-25,

      Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:            Murray B. Wells

         Firm Name:      Wells & Associates, PLLC

         Office Address:    81 Monroe Avenue, Suite 200

         City:              Memphis          State TN Zip 38103

         Telephone:      901-507-2521        Fax: 901-507-1791

         E-Mail:          wells@thewellsfirm.com

(B)   Client(s):        Adrian Hoyle

         Address:        4301 Judy Cove.

1

FORM 6 (ND/SD MISS. DEC. 2016)

City:                    Memphis                  State TN          Zip 38111

Telephone:               901-729-7800             Fax: _____

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:

     X_____        State of Tennessee

     _____         District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

All other courts before which I have been admitted to practice:

Jurisdiction                                    Period of Admission

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State Of Tennessee | 2001-Present |
| United States District Court-Middle District Court of Tennessee | January 2012-Present |
| United States District Court-Western District Court of Tennessee | January 2002-Present |
| United States District Court-Eastern and Western District of Arkansas | September 2018-Present |
| United States District Court-Central and Southern Districts of California | January 2000-2004 |
| State Of California | 1999-2002 |

(D)  Have you been denied admission pro hac vice in this state?          0      X

Have you had admission pro hac vice revoked in this state?          0      X

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?          0      X

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

| | Yes | No |
|---|---|---|
| (E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | 0 | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the

FORM 6 (ND/SD MISS. DEC. 2016)

date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | 0 | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| Circuit Court Desoto County, Mississippi 2535 Highway 51 S #200 Hernando, MS 38632 | April 23, 2020 | Pending |

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court:          Style of Case:

FORM 6 (ND/SD MISS. DEC. 2016)

| Name and Address of Court: | Style of Case: |
|---|---|
| United States District Court<br>Northern District of Mississippi | CLAUDIA LINARES as spouse of ISMAEL LOPEZ, Deceased, and Edward T. Autry as Administrator of the ESTATE of ISMAEL LOPEZ, Deceased, |
| | Case No.: 3:19cv133-NBB-RP |
| | Plaintiffs, |
| | vs. |
| | CITY OF SOUTHAVEN, STEVE PIRTLE, in his official capacity as Chief of Police of the Southaven Police Department, OFFICER SAMUEL MAZE, Individually and in his official capacity as a Southaven Police Officer, OFFICER ZACHARY DURDEN, Individually ) and in his official capacity as a Southaven Police Officer, and JOHN DOES 1-25, |
| | Defendants. |
| Circuit Court Desoto County, Mississippi | Butler v. Norwood, et al. CAUSE NO. CI2020-084CWD<br>Brown and Brown v. Norwood, et al CAUSE NO. CI2020-085GCD<br>Cal v. Norwood, et al. CAUSE NO. CI2020-086CWD<br>Findley and Findley v. Norwood et al      CAUSE NO. CI2020-088CWD<br>Gordon v. Norwood et al CAUSE NO. CI2020-089CWD<br>Heard v. Norwood et al CAUSE NO. CI2020-090GCD<br>Ivy and Ivy v. Norwood et al CAUSE NO. CI2020-091CWD<br>Brown v. Norwood et al CAUSE NO. CI2020-092CWD<br>Findley v. Norwood et al CAUSE NO. CI2020-093GCD<br>Pearson v. Norwood et al CAUSE NO. CI2020-094CWD<br>Rushing v. Norwood et al CAUSE NO. CI2020-095CWD<br>Session v. Norwood et al CAUSE NO. CI2020-096GCD<br>Walls v. Norwood et al CAUSE NO. CI2020-097CWD<br>Eckhardt v. Norwood et al Cause No. CI2020-087GCD (Dismissed) |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | O |

5

FORM 6 (ND/SD MISS. DEC. 2016)

       Have you read and become familiar with the MISSISSIPPI RULES
       OF PROFESSIONAL CONDUCT?                   X       0

(J)    Please provide the following information about the resident attorney who has been
       associated for this case:

| | |
|---|---|
| Name and Bar Number: | Martin Zummach, Bar # MS #9682 |
| Firm Name: | SPARKMAN-ZUMMACH, P.C. |
| Office Address: | 7125 Getwell Road, Suite 201 |
| | City: Southaven        State: MS     Zip: 38671 |
| | Telephone: 662.349.6900      Fax: 662.349.6800 |
| Email address: | martin@sparkman-zummach.com |

(K)    The undersigned resident attorney certifies that he/she agrees to the association with
       Applicant in this matter and to the appearance as attorney of record with Applicant.

                                          Resident Attorney

I certify that the information provided in this Application is true and correct.

9-8-21
Date                                   Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

FORM 6 (ND/SD MISS. DEC. 2016)

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the 13th day of Sept., 2021

_____

Resident Attorney

7