

Exhibits "A" and "B"