# MPD - Inform RMS

**Date Report:** 09/03/2020 5:55PM
**Case Status:** Cleared by Arrest

HP4788-gatesd 08/30/2021 15:14

### OFFICER AND CASE INFO

| CaseNo | RMS | Date Incident | IBM | Officer1 | IBM2 | Officer2 | Addr | Zip |
|---|---|---|---|---|---|---|---|---|
| 2009001346ME | 4304700 | 09/03/2020 2:00PM | 14368 | C. Henderson | 13330 | A. Nelson | 5180 Poplar Ave | 38117 |

### PERSON

| Arr | LN | FN | Mi | R | S | Alias | DOB | SSN | Involv | Addr | Zip | Ph | Ph2 | DT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes | Hoyle | Adrian | D | B | M | | | | SUSPECT | | 38105-4505 | | | 09/03/2020 |
| | Odom | Cathleen | P | W | F | | | | VICTIM | | 38122-2533 | | | 09/03/2020 |

### INCIDENT OFFENSE

| UCR Code | Dept Code | Desc | Date Entered |
|---|---|---|---|
| 240 | 240 | MVT/Passenger Vehicle | 09/03/2020 20:25:06 |

### PROPERTY

| UCR | Desc | Make | Model | Serial | Amt | Recover | Entered |
|---|---|---|---|---|---|---|---|
| 240 | Automobiles | Chevrolet | Malibu | | 15,000.00 | | 09/03/2020 20:25:07 |
| 240 | Automobiles | Chevrolet | Malibu | | 15,000.00 | 09/03/2020 | 09/03/2020 20:25:07 |

### VEHICLE

| Yr | Make | Model | Style | Color | Tag | St | VIN | Expd | Date Entered |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | Chevrolet | Malibu | | Blue | P3358J | TN | | 05/01/2021 | 09/03/2020 20:25:07 |
| 2014 | Chevrolet | Malibu | | Blue | P3358J | TN | | 05/01/2021 | 09/03/2020 20:25:07 |

### NARRATIVE

| Date Entered | Narrative |
|---|---|
| 09/03/2020 20:25 | CAD P202471559.<br>BWC were active.<br><br>On 09/03/2020 at 17:54 hours, Officer C. Henderson (14368) and Officer A. Nelson (13330) responded to an auto theft at 5180 Poplar Ave. (Dry Cleaners)<br><br>Officers arrived on scene and made contact with victim Cathleen Odom. Victim Cathleen Odom stated she came to work at around 1400 hours and parked her vehicle a blue 2014 Chevy Malibu bearing TN tag P3358J. Victim Cathleen Odom stated at around 1600 hours a brown truck pulled on the parking lot and went to the back of the business. Victim Cathleen Odom stated about 30 seconds later the brow truck sped off at a high rate of speed along with her vehicle following behind.<br><br>Victim Cathleen Odom's stated she was unaware who took her vehicle and couldn't get a description of who took her vehicle.<br><br>Victim Cathleen Odom stated her business does have cameras but she is unable to get them to work. Victim Cathleen Odom stated she received a call from her insurance company State Farm stating her vehicle was found and she was given a number to contact a detecrive from the Hernando Police Department.<br><br>Officers called and spoke with a dispatch officer from Hernando Police Department who stated at around 1700 hours Hernando Police Officers attempted a traffic stop of victim Cathleen Odom's vehicle. Hernando Dispatch Officer stated the driver of the vehicle who was later identified as suspect Adrian Hoyle refused to stop and led officers on a pursuit at which time suspect Adrian Hoyle wrecked the vehicle and ran off on foot. Hernando Dispatch Officer stated Hernando Police K-9 apprehended suspect Adrian Hoyle at Getwell Rd and I-69 at 1721 hours. Disptach Officer stated suspect Adrian Hoyle was transferred to Baptist Desoto for injuries. Hernando Dispatch Officer stated victim Cathleen Odom's vehicle was towed to<br><br>Hernando Dispatch Officer stated victim Cathleen Odom's vehicle was wrecked out during the pursuit and the vehicle was towed to Bryant's Towing located at 350 E Commerce St Hernando, MS 38632. Hernando Dispatch Officer gave the name and number of the Detective from Hernando Police Department who was handling the case.<br><br>806D Sgt. Tate was advised and notified.<br><br>Victim Cathleen Odom was advised of procedures and given a report number. See case notes. |

### ASSIGNED OFFICER

| Title | LN | FN | Mi | Shift | Squad | Date Entered |
|---|---|---|---|---|---|---|
| Sergeant | Mitchell | Louis | | B | Appling Farms GIB | 09/04/2020 06:40 |

print close      Exhibit "D"