

# Hernando Police Department
## Incident Report
2601 Elm Street Hernando, MS 38632
Phone: (662) 429 - 9096 Fax: (662) 449 - 3350

Scott Worsham, Chief of Police
(US/Central)

| ORI | County | Venue | Report # |
|---|---|---|---|
| MS0170300 | DESOTO COUNTY | HERNANDO | 202014857 |
| Report Date / Time | Occurrence Date / Time | | File Class |
| 09/03/2020 18:32 Hrs | 09/03/2020 17:17 Hrs | | FLEE |

| Nature of Incident | Supplements |
|---|---|
| K9 Bite,Pursuit,Reckless Driver,Stolen Vehicle | Approved Report (2) |

| Summary |
|---|
| Reckless Driver / Pursuit |

## Incident Location

| Address | City | State | ZIP | Country |
|---|---|---|---|---|
| Hwy 51 South | Hernando | Mississippi | | United States of America |

| County: | Township of Occurrence | Clery Location |
|---|---|---|
| DESOTO COUNTY | | |

| Latitude | Longitude | Beat | Sub-Beat |
|---|---|---|---|
| 34.77421 | -89.989692 | | |

## Additional Locations

| Supp # | Address |
|---|---|
| 0 | HWY 51 S & W ROBINSON ST HERNANDO, MS |
| Type | Date of Info | Comments |
| Arrest Location | 09/04/2020 | |

## Incident Offenses

| Supp # | Offense | Status | Status Date |
|---|---|---|---|
| 0 | FLEE - Fleeing Or Eluding A Law Enforcement Officer (Motor Vehicle) | Cleared by Arrest | 09/03/2020 17:17 Hrs |
| Attempted / Completed | Weapons Used | | |
| Completed | | | |
| Supp # | Offense | Status | Status Date |
| 0 | RSPFEL2 - Recieving Stolen Property- Value Of $5,000.00 Or More But Less Than $25,000.00 | Cleared by Arrest | 09/03/2020 17:17 Hrs |
| Attempted / Completed | Weapons Used | | |
| Completed | | | |

## Officers Involved

| Role | Name | Agency | Supp # |
|---|---|---|---|
| Arresting / Citing | Patrolman L. Brown (#7702) | Hernando Police Department | 0 |
| Assisting | Lieutenant R. Scott (#21058) | Hernando Police Department | 0 |
| Assisting | Patrolman A. Lewis (#10056) | Hernando Police Department | 0 |
| Assisting | Patrolman K. Lebo (#25631) | Hernando Police Department | 0 |
| Assisting | Patrolman R. Solomon (#21690) | Hernando Police Department | 0 |
| Discharging | Patrolman R. Solomon (#21690) | Hernando Police Department | 0 |
| Reporting | Patrolman L. Brown (#7702) | Hernando Police Department | 0 |

## Incident People

| Roles | Supp # | |
|---|---|---|
| Arrestee,Driver,Suspect / Offender | 0 | |
| Name | Title | Date of Birth |
| HOYLE, ADRIAN D (Primary Name) | | 10/17/1991 |

09/04/2020

4857 - Hernando Police Department

| Race | Sex | Age at Occurrence | DL # | |
|---|---|---|---|---|
| Black or African American | M | 28 Years Old | (Tennessee) | |

| Address: |
|---|
| MEMPHIS, TN 38103 (Date of Info: 09/03/2020) |

| Height | Weight | Hair | Hair Length | Skin |
|---|---|---|---|---|
| 507 | 135 | Black | | Dark Brown |

| Eye Color | Build | Facial Hair | Date of Info |
|---|---|---|---|
| Brown | | | 09/04/2020 |

| Arrest Date | Arrest Type |
|---|---|
| 09/03/2020 | On-View Arrest |

| Incarceration Location | Bond Amount: | Bond Type: |
|---|---|---|
| Desoto County Jail | | |

## Incident Organizations

| Role | Name |
|---|---|
| Victim | Society |

## Incident Vehicles

| Role | | | | | Supp # |
|---|---|---|---|---|---|
| Other | | | | | 0 |

| Year | Make | Model | Type | Style |
|---|---|---|---|---|
| 2014 | CHEVROLET(CHEV) | MALIBU | | |

| VIN | License #/State: | License Month/Year | License Type |
|---|---|---|---|
| | P3358J/Tennessee | 2/ | |

| Odometer | Color | Motorcycle CCS | Misc Id |
|---|---|---|---|
| | Blue | | |

| Owner | Value | Insurance Company | Policy Number |
|---|---|---|---|
| | | | |

| Status | Locked | Keys In Vehicle |
|---|---|---|
| Unknown(#0) | N | N |

| Comments |
|---|
| **Invalid Vehicle Style/Type combo from import = PC / |

| Vehicle Role | Total Value |
|---|---|
| Other | $ 0.00 |

| Grand Total of Vehicle Loss: |
|---|
| |

202014867 - Hernando Police Department

## Incident Narratives

**Original Narrative**

Author: Patrolman L. Brown #7702
Date Created: 09/04/2020 0009 Hrs
Supp #: 0

Officer Lynn Brown, Hernando Police Department

September 02, 2020

Hernando, Mississippi

Report Regarding: Reckless Driver / Pursuit

Date of Incident: September 02, 2020

Officer(s) Involved: L. Brown, H. Solomon, A. Lewis

Report Details:

On September 02, 2020 at approximately 5:17 pm while facing south on Hwy 51 waiting for the red light at Robinson to change, a blue Chevy passenger car appeared to have run the red light traveling north on Hwy 51 at a very high rate of speed. I turned and started north and saw the suspect vehicle passing other car's traveling north in the south bound lanes forcing people off the road.

I attempted to catch up with the car and watched as it continued to driver at a high rate of speed and very erratic continuing to pass car and drive in both lanes showing no concern or regard for the safety of the other motorist on the road.

We continued north on Hwy 51 with his erratic driving till we reached Nesbit Rd where he went west and then turned back south on Hwy 51 almost hitting Officer Lewis' car. The suspect's speeds ranged from 60 to 100 at times and continued to be erratic.

We continued south on Hwy 51 till we got to Green T where the car went east. We continued across Green T until it changed to Tchulahoma. And then onto Byhalia Rd east bound. At Getwell Rd the suspect turned back north and continued north driving in the wrong lane.

As we approached I-69 the suspect went to go east on 69. As the suspect attempted to get onto the ramp, he lost control and ran off the road. As I pulled the suspect struck my unit on the driver side quarter panel as he attempted to get back on the roadway and he hit Officer Solomon's unit. Officer H. Solomon and I forced the suspect back off the road.

The car finally came to a stop, Officer Solomon started yelling warnings at the driver, while I retrieved K9

Groot. The suspect, Adrian Hoyle, finally opened the door but did not come out when commanded. He had his hands up but he was looking around and I was concerned since he wasn't coming out he was attempting to hide a weapon. I sent K9 Groot to make an apprehension. K9 Groot engaged Hoyle on his lower right leg. As I approached Hoyle continue to resist Officer Solomon and me. Once we got him on the ground I was able to get cuffs on Hoyle and then I quickly removed K9 Groot from his leg.

Hoyle was taken to Baptist Desoto where he was treated for the dog bites. He was then taken to DCSO and held on charges of Felony Fleeing and Eluding and possession of stolen property after he admitted he had stolen the car from Memphis earlier that day and HQ confirmed it with Memphis PD.

End of Report

L. Brown 7702

| Signed: Patrolman L. Brown #7702 | Reviewed: Patrolman T. Algee #19759 |
|---|---|

202014857 - Hernando Police Department

## Supplement #1 Narrative

Author: Patrolman R. Solomon #21690  
Date Created: 09/04/2020 0218 Hrs  
Supp #: 1

Officer Hunter Solomon, Hernando Police Department

September 3, 2020

Hernando, Mississippi

Report Regarding a Vehicle Pursuit

Date of Offense: September 3, 2020

Officers Involved: Lynn Brown, Hunter Solomon, Adrian Lewis

Report Details:

On September 3, 2020 at approximately 5:15 p.m. K9 Officer Lynn Brown advised he was pursuing a reckless driver north on Highway 51 towards Pleasant Hill Road. He then stated the vehicle turned around at Pleasant Hill Road and was continuing south on Highway 51. I, Officer Hunter Solomon, was responding from Car Wash USA on McIngvale Road. I caught up to the fleeing vehicle, a blue Chevrolet Impala, and Officer Brown at Green T Road and McIngvale Road. The vehicle was traveling at a high rate of speed and crossing over into the wrong lane of traffic. The pursuit continued down Byhalia Road where I observed the Impala drive towards oncoming traffic forcing other cars off the roadway. The vehicle then ran the red light at Getwell Road and turned north towards I-69. The Impala nearly struck a white truck in the intersection. The Impala continued north still at a high rate of speed and swerving over into oncoming traffic. The vehicle attempted to take the eastbound exit ramp to I-69 but lost control and slid off the roadway. As the vehicle attempted to get back onto the road it struck Officer Brown's patrol car. I pulled around Officer Brown and the suspect's vehicle to keep it in the ditch. The suspect then struck the front driver's side quarter panel of my patrol car. The suspect's vehicle came to a stop. Due to the angle of the hill I was parked on I was unable to see the driver inside the car. So for my safety I did not immediately approach the vehicle. Officer Brown sent his K9 partner towards the driver to apprehend him. I then followed behind Officer Brown to assist in handcuffing the suspect. I noticed the black male suspect was still resisting and refusing to listen to verbal commands to lay on the ground. He was actively resisting us while we were trying to get his arms under control, and Officer Brown yelled that the suspect was reaching towards the lower part of his back (waistline area). I struck the suspect in the head and he then threw a punch at me. I hit him (2) two more times before he fell to the ground. While on the ground the suspect was still refusing to comply and would not allow us to handcuff him. He then reached with his right hand towards his lower back/waist line area and I was in fear he was reaching for a weapon so I struck the suspect again. At this time we were able to successfully handcuff him. Officer Brown gained positive control of his K9 partner and placed him back in the vehicle. The suspect was still on the ground kicking and yelling at officers.

Once the suspect was in a patrol car I asked him for his name and date of birth. He provided me with the name Adrian Hoyle with a birth date of ▆▆▆▆▆▆. Hoyle then just started talking about how he had recently stole that vehicle from a car wash in Memphis. The vehicle had not been reported as stolen at the time but was later on. Hoyle appeared to have minor injuries at that time and was transported to Baptist DeSoto Hospital. The damage to my vehicle was minor.

END OF REPORT  
H. Solomon

| Signed: Patrolman R. Solomon #21690 | Reviewed: Patrolman T. Algee #19759 |