**STATE OF MISSISSIPPI**

In the Circuit Court of DESOTO      Cause/Case: CR2020-1067GCD

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS    ORI: MS017015J

**NOTICE OF CRIMINAL DISPOSITION**

You are hereby notified that at the JUNE 2021 Term of the Circuit Court, Judge Gerald W Chatham, Sr presiding, the following disposition was imposed for the crime(s) hereinafter described:

I.   A. Disposition(s) Reported:   X Prisoner Commitment   X Suspended Sentence/Probation
                                        _ Revocation   _ Acquittal   _ Re-Sentence   _ Other
     A-1. Provisional Sentence   _ Non-Adjudication   _ RRP   _ Drug Court
                                               _ Bad Check Div. Pgm.   _ Restituion in _____ CNTY
                                              _ House Arrest/ISP   _ Parchman Alcohol & Drug Program
    B. Conviction as a Result of:   X Guilty Plea   _ Guilty Plea after ___ days Trial
                                              _ Jury Verdict after ___ Days in Trial   _ Rev. Hearing

II.   Name ADRIAN D HOYLE     Alias
     SSN [redacted]   Race B   Sex M   Date of Birth [redacted]
     Last Known Residence [redacted]
     Memphis    TN 38111
     Place of Birth MEMPHIS, TN    Country of Citizenship _____
     Alien Registration/Immigration # _____   FBI # _____

III. Count 1 Charge FLEEING A LAW ENFORCEMENT OFFICER
     Sentenced MSCode 97-9-72(2)   Indicted MS Code 97-9-72(2)
     Count 2 Charge RECEIVING STOLEN PROPERTY
     Sentenced MSCode 97-17-70   Indicted MS Code 97-17-70
     Count 3 Charge ASSAULT AGAINST LAW ENFORCEMENT OFFICER
     Sentenced MSCode 97-3-7(2)   Indicted MS Code 97-3-7(2)

IV. Date of Sentence 06/03/2021   Indictment Date 04/21/2021   DA Bar# 000102021
     Sentence(s) Imposed by Order: Count 1 274 DAYS
     Credit 274 (Days)   Count 2 RTF
                                  Count 3 RTF

| | TO BE SERVED | SUSPENDED | PROBATION | POST RELEASE | METHOD OF DISP. |
|---|---|---|---|---|---|
| Count 1 | 274 DAYS | | | | GPA |
| Count 2 | | | | | RTF |
| Count 3 | | | | | RTF |

Conc: _____
Cons: _____
     Conditions of Sentence: _ Habitual   _ Psychological/Psychiatric   _ Alcohol/Drug
     Other: _____

V.   Dates Confined _____ to _____    to _____    to _____
                           _____ to _____    to _____    to _____
                           _____ to _____    to _____
     Released on Bond Pending Appeal _____ to _____
     Currently Housed In _____

VI. Fine 1000.00   Indigent Fee _____   Restitution _____   301.09 Court Costs 495.70
     DA 200
     Conditions of Payment: $100 PER MTH BEGINNING 8/3/21

                                                       Dale K. Thompson
                                                       Desoto County Circuit Court
                                        By: _[signature]_
                                                       June 04, 2021

Send Prisoner Commitments, Provisional Sentence Orders and Revocation Orders To:
     Records Department            Court Statistics Division
     MDOC (Fax: 601-973-3879)     Administrative Office of Courts (AOC)
     P.O. Box 24388                 P.O. Box 117
     Jackson, Ms 39205             Jackson, MS 39205-0117
Send Suspended Sentence/Probation Notices, Provisional Sentence Orders and Rev. Orders to:
     Data Operations                  Court Statistics Division
     MDOC (Fax: 601-973-3879)     Administrative Office of Courts (AOC)
     P.O. Box 24388                 P.O. Box 117
     Jackson, MS 39205             Jackson, MS 39205-0117
Send Acquittal/Other Notices to: Court Statistics Division, AOC at it's address listed above.

Exhibit "F"

In the Circuit Court of DESOTO _____ Cause/Case: CR2020-1067GCD
TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS ORI: MS017015J
NOTICE OF CRIMINAL DISPOSITION

You are hereby notified that at the JUNE 2021 _____ Term of the Circuit Court,
Judge Gerald W Chatham, Sr _____ presiding, the following disposition was
imposed for the crime(s) hereinafter described:

III. (Continued from III {Previous Page})
   Count
   4 Charge ASSAULT AGAINST LAW ENFORCEMENT OFFICER
   Sentenced MSCode 97-3-7(2) _____      Indicted MS Code 97-3-7(2) _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____
   Charge _____
   Sentenced MSCode _____      Indicted MS Code _____

IV. (Continued from IV {Previous Page})
   Count    TO BE SERVED    SUSPENDED       PROBATION       METHOD OF DISP.
   4        _____      _____      _____      RTF