

Exhibit "G"