

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

*Professional Certificate*

TO

**WILLIAM L. BROWN**

▬▬▬▬▬▬▬

THIS 12TH DAY OF APRIL, 2012

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

*Robert D. Davis*
Director
Board on Law Enforcement
Standards and Training

*Ronnie Bowen*
Chairman
Board on Law Enforcement
Standards and Training

Certificate No.  7702

DPS 101509

Exhibit "H"