# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ADRIAN HOYLE**                                                                            **PLAINTIIFF**

**VS.**                                                  **CIVIL ACTION NO. 3:21-CV-00171-NBB-RP**

**CITY OF HERNANDO, ET AL.**                                                    **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

Municipal Defendants the City of Hernando, Scott Worsham in his official capacity as Chief of Police of the Hernando Police Department, and Officer Lynn Brown individually and in his official capacity as a Hernando Police Officer ("Municipal Defendants") are conventionally filing combined Exhibits "A" and "B," a disc containing Brown Dash Cam Video (Exhibit "A") and Solomon Dash Cam Video (Exhibit "B") to Answer and Affirmative Defenses of Municipal Defendants to Plaintiff's First Amended Complaint [10].

This Notice and the referenced combined Exhibits will be served by United States mail on counsel of record in this matter.

Dated:  September 14, 2021.


Respectfully submitted,

**PHELPS DUNBAR, LLP**


BY:  _/s/ Mallory K. Bland_
        G. Todd Butler, MSB #102907
        Mallory K. Bland, MSB #105665
        4270 I-55 North
        Jackson, Mississippi 39211-6391
        Post Office Box 16114
        Jackson, Mississippi  39236-6114
        Telephone: 601-352-2300
        Telecopier: 601-360-9777

Email: butler@phelps.com
Email: blandm@phelps.com

**ATTORNEYS FOR MUNICIPAL
DEFENDANTS**

PD.35445567.1

## CERTIFICATE OF SERVICE

I, Mallory K. Bland, do hereby certify that I have this day electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Martin Zummach
SPARKMAN-ZUMMACH
7125 Getwell Road, Suite 201
Southaven, MS 38671
Telephone: (662) 349-6900
Facsimile: (662) 349-6800
martin@sparkman-zummach.com

***ATTORNEY FOR PLAINTIFF***

This the 14th day of September, 2021.

*s/ Mallory K. Bland*
Mallory K. Bland

PD.35445567.1