### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ADRIAN HOYLE**                                                  **PLAINTIFF**

**v.**                                                   **CIVIL CASE NO. 3:21cv171-NBB-RP**

**CITY OF HERNANDO, et al.**                                    **DEFENDANTS**

### ORDER GRANTING APPLICATION TO ADMIT COUNSEL PRO HAC VICE

The court has considered the application to have attorney Murray B. Wells *pro hac vice* on behalf of Adrian Hoyle. Docket 9. After reviewing the motion and the record, the court finds that the requirements of L.U.Civ.R. 83.1(d) have been met and the motion should be granted. However, admission *pro* hac shall be conditional upon counsel's completion of the process of registration to be served electronically with orders and notices from the court, as well as electronically filing a Notice of Attorney Appearance. **Failure to comply with these additional requirements will result in revocation of admission *pro hac vice*.** Counsel may register electronically by accessing the Attorney Registration site at www.msnd.uscourts.gov/ecf and completing the Online ECF Attorney Registration Form. If counsel has not already completed the registration process, counsel must do so within fourteen days of the date of this order. Prior to the completion of electronic registration, it remains the responsibility of local counsel to notify counsel admitted by this order of all filings with the court in this action, including this order.

**SO ORDERED,** this the 15th day of September, 2021.

                                                        /s/ Roy Percy
                                                        UNITED STATES MAGISTRATE JUDGE