**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **ADRIAN HOYLE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No.: 3:21-cv-171-NBB-RP** |
| ) | **JURY DEMANDED** |
| **CITY OF HERNANDO, et al.** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

**COMES NOW**, **Murray B. Wells,** of **Wells & Associates, PLLC.** and files this Appearance as Counsel for Plaintiff ADRIAN HOYLE. Counsel respectfully requests that he be notified of any and all filings and notices in the above-captioned matter, as well as copied on all correspondence to and from counsel in this matter.

Respectfully Submitted,

**WELLS & ASSOCIATES, PLLC**

/s/ Murray B. Wells
Murray B. Wells (BPR# 021749)
*Attorney for Plaintiff*
81 Monroe Avenue – Suite 200
Memphis, Tennessee 38103
(901) 507-2521 – Phone
(901) 507-1791 – Facsimile
wells@thewellsfirm.com - Email

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the __15th__ day of September 2021, I electronically filed the above and foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record, including attorney for Defendants:

Gregory Todd Butler, Esq.
Mallory Kaye Bland, Esq.
PHELPS DUNBAR LLP - Jackson
P.O. Box 16114
Jackson, MS 39236-6114
Email: todd.butler@phelps.com
Email: mallory.bland@phelps.com

                /s/ Murray B. Wells
                Murray B. Wells