IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE,

    Plaintiff,

vs.                                              CAUSE NO.: 3:21-cv-171NBB-RP
                                                        JURY DEMANDED

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and JOHN DOES 1-25,

    Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

        Plaintiff, Adrian Hoyle, respectfully moves the Court for an extension of time in which to answer or otherwise respond to Municipal Defendants' Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and Memorandum in Support of Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment. In support of his Motion, Plaintiff would show as follows:

        1.      On September 14, 2021, the Municipal Defendants, City of Hernando, Scott Worsham and Officer Lynn Brown filed their Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment and Memorandum in Support of Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment pursuant to FRCP 12 (c) and 56 (Doc. Nos. 12 and 13) claiming, among other things, the qualified immunity of the individual officer, Lynn Brown.

2.  As such, a response is due within fourteen (14) days of service with said date being calculated to be September 29, 2021.

3.  Defendants' counsel was contacted and does not oppose Plaintiff's request for an extension of time to respond.

Counsel for Plaintiff prays for an extension of time until October 29, 2021.

THIS the 24th day of September, 2021

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach (MS #9682)
7125 Getwell Road, Suite 201
Southaven, MS 38671
662-349-6900 -- Office
662-349-6800 – Fax

*S/Murray Wells*
Murray Wells (TN #21749)
81 Monroe Avenue, Ste. 400
Memphis, TN 38103
901-507-2521 -- Office
901-507-1791 – Fax

Certificate of Service

The undersigned certifies that on the 24th day of September, 2021, a copy of the foregoing document was electronically filed with court clerk using the CM/ECF System which sent notification of such filing to all counsel of record.

*S/Martin Zummach*