IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE,

    Plaintiff,

vs.                                      CAUSE NO.: 3:21-cv-171NBB-RP
                                             JURY DEMANDED

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and JOHN DOES 1-25,

    Defendants.

## UNOPPOSED MOTION FOR SUBSTITUTITION OF PARTY

    COMES NOW, Plaintiff, Adrian Hoyle, and files this Motion for Substitution of Party and in support of same would show unto the Court as follows:

    1.      Plaintiff's initial Complaint in this cause was filed on July 30, 2021. (Doc. No. 1). Plaintiff's First Amended Complaint was filed on August 26, 2021. (Doc No. 8).

    2.      Defendants were served with a copy of the initial Complaint on August 2, 2021. Defendants were served with a copy of the First Amended Complaint on August 26, 2021.

    3.      At the time of filing his Amended Complaint, it was unknown to Plaintiff the other officer's name that was at the scene. As such, Hunter Solomon's name was not included in the Amended Complaint. Instead, facts alleged and as supported in the dash cam video of Lynn Brown

establishes Hunter Solomon's role in the facts alleged that had earlier been identified as having been performed by a John Doe 1.

4. As such, Plaintiff respectfully requests that Officer Hunter Solomon be substituted as a named Defendant in the place of John Doe 1.

5. Defendants' counsel was contacted and does not oppose Plaintiff's Motion for Substitution of Party.

WHERFORE, PREMISES CONSIDERED, Plaintiff prays that Officer Hunter Solomon be substituted as a named Defendant in the place of John Doe 1. Plaintiff prays for such other relief to which he may be entitled either at law or equity, generally or specially.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach (MS #9682)
7125 Getwell Road, Suite 201
Southaven, MS 38671
662-349-6900 -- Office
662-349-6800 – Fax


*S/Murray Wells*
Murray Wells (TN #21749)
81 Monroe Avenue, Ste. 400
Memphis, TN 38103
901-507-2521 -- Office
901-507-1791 – Fax

<u>Certificate of Service</u>

The undersigned certifies that on the 24th day of September, 2021, a copy of the foregoing document was electronically filed with court clerk using the CM/ECF System which sent notification of such filing to all counsel of record.

<u>*S/Martin Zummach*</u>

## CERTIFICATE OF CONSULTATION OF COUNSEL

The undersigned counsel does hereby certify he has communicated with opposing counsel concerning the Motion for Substitution of Party, and opposing counsel indicated that he does not oppose said Motion.

*S/Martin Zummach*