IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE,

    Plaintiff,

vs.                                                    CAUSE NO.: 3:21-cv-171NBB-RP
                                                               JURY DEMANDED

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and JOHN DOES 1-25,

    Defendants.

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY

    Plaintiff seeks to substitute Officer Hunter Solomon of the City of Hernando Police Department in place of the Defendant referred to as John Doe 1 in Plaintiff's Amended Complaint (Doc. No. 8). Defendants have no objection to the requested substitution. The court has reviewed the docket and finds that the substitution may be GRANTED. Officer Hunter Solomon is hereby substituted in place of Defendant, John Doe 1.

    SO ORDERED, this the 27th day of September, 2021.

                                                 /s/ Roy Percy
                                          UNITED STATES MAGISTRATE JUDGE