AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi ▼

| | |
|---|---|
| ADRIAN HOYLE <br><br> *Plaintiff(s)* <br> v. <br><br> City of Hernando, Scott Worsham, in his official capacity as Chief of Police of the Hernando Police Department, Officer Lynn Brown and Officer Hunter Solomon, Individually and in their official capacity as <br> *Defendant(s)* | Civil Action No. 3:21cv171-NBB-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hunter Solomon
475 West Commerce Street
Hernando, Mississippi 38632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Martin Zummach
7125 Getwell Road, Suite 201
Southaven, MS 38671

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID CREWS,
*CLERK OF COURT*

Date: 9/27/2021

s/J. REDDITT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:21cv171-NBB-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hunter Solomon
was received by me on *(date)* 9.28.21 .

☒ I personally served the summons on the individual at *(place)* Hernando Police Department Hernando, MS 38632 on *(date)* 9.28.21 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9.29.21

*Server's signature*

Mistie Wynn
*Printed name and title*

7125 Getwell Rd. Ste 201, Southaven MS 38671
*Server's address*

Additional information regarding attempted service, etc: