# JARED L. ZWICKEY

*288 Everett Huff Road, Oldtown, Idaho, 83822 • (209) 321-9688*

## POLICE ACADEMY

1968 Los Medanos Regional Training Facility, Concord, CA

## EDUCATION

DIABLO VALLEY COLLEGE, PLEASANT HILL, CA
*1970, AA Degree, Police Science Major*

GOLDEN GATE UNIVERSITY, SAN FRANCISCO, CA
*1977, BA Degree, Criminal Justice Major*

CALIFORNIA STATE UNIVERSITY, HAYWARD, CA
*1980, 19 Units, Public Administration Major*

POST COMMAND COMAND COLLEGE, SAN LUIS OBISPO, CA *1987, Organizational Leadership Major*

FBI NATIONAL ACADEMY, QUANTICO, VIRGINIA
*1988, Organizational Leadership Major*

UNIVERSITY OF VIRGINIA
*1988, 15 Units, Administration of Justice*



## LAW ENFORCEMENT & TEACHING EXPERIENCE

CITY OF CONCORD
*Police Reserve Officer (1965-1967) (2005-2007) (2007-2009)*
*Police Officer         1967-1977*
*Police Corporal        1977*
*Police Sergeant        1977-1982*
*Police Lieutenant      1982-1991*
*Police Captain         1991-1993*

CITY OF TRACY - *Police Chief, 1993-1997*

CITY OF LODI - *Police Reserve Officer    2005-2007*

CONTRA COSTA COMMUNITY COLLEGE DISTRICT-*Defensive Tactics Instructor, 1974-1993*

COUNTY OF STANISLAUS – *Stanislaus County Sheriff - Reserve Sheriff Deputy, 2007-2009*

YOSEMITE COMMUNITY COLLEGE DISTRICT - *Administration of Justice Instructor*

LOS MEDANOS COMMUNITY COLLEGE DISTRICT - *Administration of Justice Instructor*

SAN JOAQUIN COUNTY DELTA COLLEGE – DIRECTOR OF PUBLIC SAFETY/ADMINISTRATION OF JUSTICE TRAINING PROGRAMS & POLICE CHIEF – *1997 TO 2011–Administration of Justice Associate Professor2011-2020, California Licensed Private Investigator*

1



## LAW ENFORCEMENT TRAINING

1967- Civil Defense Emergency Course
1969 -Weaponless Defense Instructor Course
1970 - K-9 Training Course
1971 - CHP Motorcycle Training School
1972 - Federal Narcotics & Dangerous Drugs
1973 - Polygraph Examiner Course
1973 - FBI Firearms Instructor Course
1973 - Executive Development Course
1974 - Police Self Defense Institute
1975 - Techniques of Teaching
1975 - Sergeant Supervisory Training
1976 - FBI Basic SWAT Training
1977 - FBI Firearms Instructor Course
1978 - Baxter School of Lie Detection
1978 -Traffic Program Management Institute
1979 - Police Dog Handlers Course
1980 - Police Management Course
1981 - Police Dog Training
1981 - Supervising Traffic Control
1982 - Scent Detection Training
1982 - Basic Traffic Accident Investigation
1982 - K-9 Training in Europe, Canada
1983 - K-9 Training in Europe
1983 - Side Handle Baton Instructors Course
1986 - Records Management Training
1986 - Property Management Training
1986 - Middle Management Training
1987 - Critical Incident Management/Tactics
1987 - California Command College
1988 - Earthquake Preparedness
1988 - FBI National Academy
1989 - Police Facility Design & Construction
1990 - Vice/Narcotics Commander's Course
1995 - Executive Development Course
1995 - OJJDP Gang/Drug Policy Training
1995 – Non-Lethal Weapons - Instructor
1997 - POST Monthly Video Training
1998 - POST Monthly Video Training
1998 - POST Basic Academy-Director
1998 - POST Firearms Training Seminar
1998 - POST 1998 Legal Update
1999 - POST 1999 Legal Update
1999 - POST Monthly Video Training
1999 - POST Suicide By Cop - V
1999 - POST Viol in a Workplace -V
2000 - POST Domestic Violence,
POST- Preliminary Investigation Course -V
2000 - POST Instructor Symposium
2000 - POST Monthly Video Training
2001 - POST Verbal Judo Techniques
2001 - POST Positional Asphyxiation-V

2001 - POST Unmarked Vehicle Ops – V
2001 - POST CDL Falsifications-V
2001 - POST Building Search Techniques-V
2001 - POST Jail/Courtroom Searches-V
2001 - POST Domestic Violence-V
2002 - POST Instructor Symposium - LA
2002 - POST Legal Update- V
2002 - POST Voluntary Instructor Update
2003 - POST Anti-Reproductive Crimes-V
2003 - POST Case Law Update-V
2003 - POST Vehicle Theft -V
2003 - POST PC 832 Workshops
2003 - POST Recognizing Terrorism-V
2003 - POST Public Safety Dispatcher-V
2003 - POST Achieving Training-V
2003 - Crowd Management-V
2003 - Civil Disobedience-V
2003 - POST Leadership & Supervision-V
2003 - POST 832 Arrest/Control/Firearms
2003 - POST Use of Chemical Agents (D)
2004 - POST Basic IA Investigations
2004 - POST Case Legal Update (D)
2004 - POST Racial Profiling Trainer
2004 - Pistol Qualification (832pc)
2005 - POST Warrant Service/Searches (D)
2005 - POST Preliminary Investigations (D)
2005 - POST Use of Force (D)
2005 - Gang Members (D)
2005 - Illegal Street Racing & Sideshow (D)
2005 - Domestic Violence Update (D)
2005 - Firearms Seizure and Disposition (D)
2005 - Case Law Today - April - June (D)
2005 - Pistol/Long Rifle Qualification
2006 - Legal Update (D)
2006 - Case Law Today (D)
2006 - Terrorism - Suicide Bombers (D)
2006 - Case Law Today (D)
2006 - Custodial & Courtroom Security (D)
2006 - Instructor Development Training
2006 - Electronic & Projectile Weapons
2006 - Shock Knife Instructor Certification
2007 - Legal Update
2007 - NIMS & SIMS Mandated Training
2008 - LEGAL UPDATE
2008 - Firearms Training DSS Qualification
2008 - Driver Training Update
2009 - Perishable Skills Training
2009 –Diagnostic Training for Firearms
2009 - NIMS/SIMS Levels of Training
2009 – Human Dynamics/Behavioral Science
2009 – Firearms Scenario Training

2

2009 – X26 Taser Recertification Training
2009 – Pistol, M-4, LT-Shotgun

2021 - Firearms Qualification/Use of Force

## LAW ENFORCEMENT TRAINING

- 2010 - Legal Update & Firearms Qualification
- 2010 - Human Performance Factors Instructor Certification Course
- 2012 – TECLOSE - Intermediate Search & Seizure – Houston Texas
- 2012 – DCPD Firearms Qualifications
- 2012 – Legal Update
- 2013 – Legal Update
- 2013 – Firearms Qualifications/Use of force
- 2013 – Best Practices of Good Training
- 2013 – Learners First: Facilitation Skills for Learner-Centered Instruction
- 2013 – Target Your Teaching
- 2013 – POST - Mental Health Update
- 2013 – Idaho POST Excited Delirium Instructor's Course
- 2014 – Stress Management
- 2014 - Firearms Qualification
- 2014 – Crowd Control Management
- 2014 – First Aid/CPR Certification
- 2015 – Legal Update
- 2015 – Agonal Breathing Problems
- 2015 – First Aid/CPR Certification
- 2015 – Firearms Qualification
- 2015 - Force Science- Understanding Body Cameras
- 2016 – Firearms Qualification
- 2016 – Agonal Breathing
- 2016 – Legal Update
- 2017 – Legal Update
- 2017 – Firearms Qualification
- 2017 – Initial Response to Critical Situations
- 2017 – Surviving Deadly Assaults
- 2017 – Biased Based Policing
- 2017 – Human Trafficking
- 2017 - Crowd Control Strategies
- 2017 - Firearms Qualification
- 2018 - First Aid/CPR Certification
- 2019 – Legal Update Training
- 2019 – De escalation Training
- 2019 – Safe Streets Encounters – Human Performance Dynamics & The Law
- 2019 - Firearms Qualification/Use of Force Update
- 2020 - Firearms Qualification/Use of Force
- 2020 - Legal Update
- 2021 - Legal Update

3

## CALIFORNIA P.O.S.T. CERTIFICATES

BASIC, INTERMEDIATE, ADVANCED, SUPERVISION, MANAGEMENT, EXECUTIVE, COMMAND COLLEGE. FIREARMS, DEFENSIVE TACTICS, IMPACT WEAPONS, LESS LETHAL WEAPONS, NARCOTICS & DANGEROUS DRUGS, ADVANCED NARCOTICS & DANGEROUS DRUGS, ACADEMY DIRECTOR, RACIAL PROFILING, ACADEMY INSTRUCTOR OF PERISHABLE SKILLS.

## FIELDS OF EXPERTISE

| | |
|---|---|
| Arrest and Control Techniques | Detentions, Stop & Frisk, Laws of Arrest |
| Defensive Tactics/Field Tactics | Less than Lethal Weapons |
| High and Low Risk Stop Techniques | K-9 Training, Tactics, Program Management |
| SWAT Tactics & Management | Tactical Use of Firearms |
| Critical Scene Management | Law Enforcement Policies and Practices |
| Use of Force/Executive Protection | Property/Evidence Management |
| Impact and Dangerous Weapons | Criminal and Administrative Investigations |
| Riot and Crowd Control | Search Warrants & Consent Searches |
| Tactical Communications | Narcotic Dog Detection, Training |
| Transportation of Prisoners | Law Enforcement Policies and Procedures |
| Restraint Devices | Supervision and Leadership |
| Dealing with the Emotionally Disturbed | Response to Critical Incidents |
| Narcotics and Dangerous Drugs | Traffic Management/Accident Investigation |

## INSTRUCTOR/CONSULTANT EXPERIENCE

CHIEF ZWICKEY HAS BEEN AN INSTRUCTOR IN THE LAW ENFORCEMENT COMMUNITY SINCE 1967. HE HAS INSTRUCTED AT LOS MEDANOS COLLEGE IN PITTSBURG, CA, FROM 1974 TO PRESENT, OHLONE COLLEGE, CALIFORNIA STATE UNIVERSITY LONG BEACH, INSTITUTE OF TECHNOLOGY, MODESTO JR. COLLEGE AND DELTA COLLEGE. CHIEF ZWICKEY PROVIDED K-9 OFFICER SURVIVAL TRAINING TO OFFICERS FROM NUMEROUS LAW ENFORCEMENT AGENCIES AT THE CALIFORNIA INSTITUTE AT SAN LUIS OBISPO. HE IS ALSO A SUBJECT MATTER EXPERT CONSULTANT TO THE COMMISSION ON CALIFORNIA PEACE OFFICER AND TRAINING. HE HAS CONDUCTED TRAINING FOR THE F.B.I., MEMBERS OF THE UNITED STATES ARMED SERVICES AND THE FOLLOWING LAW ENFORCEMENT/GOVERNMENT AGENCIES:

| | |
|---|---|
| FREMONT POLICE DEPARTMENT | RICHMOND POLICE DEPARTMENT |
| UNIVERSITY OF CALIFORNIA POLICE | VACAVILLE POLICE DEPARTMENT |
| BERKELEY POLICE DEPARTMENT | HAYWARD POLICE DEPARTMENT |
| GLENDALE POLICE DEPARTMENT | SAN LEANDRO POLICE DEPARTMENT |
| HUMBOLDT COUNTY SHERIFF'S DEPT. | CONTRA COSTA SHERIFF'S DEPT. |
| LOS ANGELES SHERIFF'S DEPARTMENT | NAPA POLICE DEPARTMENT |
| CSTI FOR OFFICER SURVIVAL | NAPA COUNTY SHERIFF'S DEPT. |
| LOS ANGELES POLICE DEPARTMENT | LODI POLICE DEPARTMENT |
| SAN DIEGO POLICE DEPARTMENT | ANTIOCH POLICE DEPARTMENT |
| EL MONTE POLICE DEPARTMENT | POMONA POLICE DEPARTMENT |
| ROSEVILLE POLICE DEPARTMENT | EL MONTE POLICE DEPARTMENT |
| MODESTO POLICE DEPARTMENT | SUSD POLICE DEPARTMENT |
| SAN FRANCISCO POLICE DEPARTMENT | FEDERAL BUREAU OF INVESTIGATION |

## COURT CERTIFICATION AS AN EXPERT WITNESS

**A.C. V. CITY OF SANTA CLARA**-PROBABLE CAUSE, LE PRACTICES, USE OF FORCE (2017) U.S. District Court, Northern District of California Case: C-13-3276 AC Minor by his Guardian Ad Liten & Mark Calhoun v. City of Santa Clara

**COATS V HARRIS COUNTY TEXAS** – USE OF FORCE, PROBABLE CAUSE, LE PRACTICES (MAY 2017) District Court of Harris County 61st Judicial District, Houston, Texas (Case #2-012-5521) Barbara Coates Representing the Estate of Jamail J. Amron v. Harris County Constable's Office Precinct $4

## DEPOSITIONS PROVIDED

**JANICE BARNES V. HARRIS COUNTY TEXAS** – USE OF FORCE, LE PRACTICES & PROCEDURES, PROBABLE CAUSE
CASE: 2017-86034  JUNE 7, 2019

**EVANS V. CITY OF VALLEJO** – USE OF FORCE, POLICE PRACTICES AND PROCEDURES
CASE: CV-1619-TLN-AC  APRIL 24-2019

**MAJOR V. COUNTY OF SAN JOAQUIN, CA** – PROBABLE CAUSE, USE OF FORCE, LE PRACTICES & PROCEDURES
CASE: STK-CV-UCR-2014-0009700  JULY 18, 2019

**COLEMAN V. LAWA** – Wrongful Termination, Sexual Harassment, Failure to Accommodate, Retaliation
CASE: BC 6280054 LOS ANGELES SUPERIOR COURT  MARCH 15, 2021

**ANDERSON V. CALIFORNIA STATE UNIVERSITY** – Probable Cause, LE Practices & Procedures
CASE: 3:19-CV-06997-WHA  UNITED STATES DISTRICT COURT  JULY, 2021

**ORTIZ V SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT** – USE OF FORCE, POLICE PRACTICES AND PROCEDURES
Case: 2:20-cv-00217-JAM-CKD

6