IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE                                                                                           PLAINTIFF

VS.                                              CIVIL ACTION NO.: 3:21-cv-00171-NBB-RP

CITY OF HERNANDO, MISSISSIPPI,
ET AL.                                                                                               DEFENDANTS

## MUNICIPAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

Municipal Defendants the City of Hernando, Chief Scott Worsham, and Officer Lynn Brown ("Municipal Defendants") submit their Unopposed Motion for Extension of Time to File Reply in Support of Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment, and in support thereof would show the following:

1. Municipal Defendants filed their Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment on September 14, 2021. *See* Doc. Nos. 12-13.

2. Plaintiffs filed their oppositional response on October 8, 2021. *See* Doc. Nos. 25-28. Municipal Defendants' reply in support of their Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment is currently due Thursday, October 14, 2021.

3. Due to intervening deadlines and obligations in other matters, Municipal Defendants respectfully request a fourteen (14) day extension of time, up to and through October 28, 2021, to file their response in support of their Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment.

4. This Motion is not being made for purposes of delay. Likewise, Plaintiffs will not be prejudiced by the granting of the extension.

5. Counsel for Municipal Defendants conferred with counsel for Plaintiff and there is no objection to the requested extension of time or the granting of this motion.

WHEREFORE PREMISES CONSIDERED, Municipal Defendants respectfully request a fourteen (14) day extension of time, up to and through October 28, 2021, to file their Response in Support of Motion for Judgment on the Pleadings or, Alternatively, for Summary Judgment.

Dated: October 8, 2021.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: */s/ Mallory K. Bland*
G. Todd Butler, MS Bar #102907
Mallory K. Bland, MS Bar #105665
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: butlert@phelps.com
Email: blandm@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that, on October 8, 2021, I had a copy of this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                */s/ Mallory K. Bland*
                                                MALLORY K. BLAND