**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ADRIAN HOYLE**                                                                              **PLAINTIFF**

**v.**                                         **CIVIL ACTION NO. 3:21-CV-171-NBB-RP**

**CITY OF HERNANDO, SCOTT WORSHAM,
in his Official Capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN AND OFFICER HUNTER SOLOMON,
Individually and in their Official Capacities as
Hernando Police Officers, and JOHN DOES 1-25**           **DEFENDANTS**

**ENTRY OF APPEARANCE**

      **NOW COMES** Daniel J. Griffith [Lead] of the firm Jacks Griffith Luciano, P.A., Cleveland, Mississippi, being a member in good standing of the Bar of the State of Mississippi and duly admitted to this Court, enters his appearance as counsel of record for Defendant Officer Hunter Solomon, Individually and in his Official Capacity as a Hernando Police Officer.

      **RESPECTFULLY SUBMITTED** this the 19th day of October, 2021.

                                          **JACKS GRIFFITH LUCIANO, P.A.**

                            By:   /s/ *Daniel J. Griffith*
                                      Daniel J. Griffith, MS Bar No. 8366
                                      Attorney for Defendant Officer Hunter Solomon, Individually and in his Official Capacity as a Hernando Police Officer

Of Counsel:

**JACKS GRIFFITH LUCIANO, P.A.**
150 North Sharpe Street
P. O. Drawer 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com

## **CERTIFICATE OF SERVICE**

      I, Daniel J. Griffith, attorney of record for Defendant Officer Hunter Solomon, Individually and in his Official Capacity as a Hernando Police Officer, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Entry of Appearance* to be delivered by the ECF Filing System which gave notice to the following Counsel of Record:

      Martin Zummach, Esq.
      Sparkman-Zummach, P.C.
      Email: martin@sparkman-zummach.com
      **Attorney for Plaintiff**

      Murray B. Wells, Esq.
      Wells & Associates, PLLC
      Email: wells@thewellsfirm.com
      **Attorney for Plaintiff**

      G. Todd Butler, Esq.
      Mallory K. Bland, Esq.
      Phelps Dunbar
      Email: Todd.Butler@phelps.com
             Mallory.Bland@phelps.com
      **Attorney for City of Hernando, Scott Worsham, Officer Lynn Brown**

      **DATED** this 19th day of October, 2021.

      /s/ ***Daniel J. Griffith***
      Daniel J. Griffith