

**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                    John Cotter, Sergeant

## Sign In Sheet

Officers, by signing, acknowledge attendance in the noted class and receipt of provided
<u>General Orders of Proper Use and Carry of KMBR II Kits.</u>

| Print Name | Signature | Class | Date |
|---|---|---|---|
| Russell | | | 4/25/17 |
| Michael | | | 4-25-17 |
| Keith | | | 4-25-17 |
| Timothy | | | 4-25-17 |
| Michael | | | 4-25-17 |
| John | | Bleeding Control | 4-25-17 |
| Hunter Solomon | | | 4-25-17 |
| Charles | | Bleeding Control | 4-25-17 |
| Charle | | BCON | 4-25-17 |
| Shane | | Bleeding Control | 4-25-17 |
| James | | Bleeding Control | 4-25-2017 |
| Joseph | | | 4-27-2017 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

James Russell VRP



# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

### Hunter Solomon

OF Hernando Police Department

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

TASER(enter CEW) CEW V.22
USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED 06-22-2021





# Hernando Police Department
## Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☒ | | ☒ | Tim Algee |
| ☒ | | ☒ | L                    m |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | A | ☒ | |
| ☒ | | ☒ | |
| ☐ | | ☐ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | N | ☒ | |
| ☒ | Hunter Solomon | ☒ | |
| ☒ | Scott Worsham | ☒ | |
| ☒ | | ☒ | |
| ☐ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | Lynn Brown | | |

### Training Information

Date: 2-19-2020, 2-24-2020, 2-26-2020, 3-3-2020

Time: 1200-1700

Instructor(s): R. Scott, K. Lebo

Location(s):Hernando P.D., Snowden Grove

Training Topic(s): DriverTraining

Training Objective(s): Provide officers with training and information in safeoperation of police vehicles.

### Narrative:

On the above dates, officers met at the HPD conference room and were given instruction on department policy and safe practices regarding patrol and pursuit driving. Copies of departmental policy on the topic were made available to all in attendance. After classroom instruction, officers rellcated to Snowden Grove, where Southaven Police had set up various driving courses. Officers were informed on proper techniques required to complete each course. Courses included: multiple backing courses, a double figure 8 course, a pursuit course, and a course involving 90 degree turns, serpentines, backing, and parallel parking.

### Report Prepared by:

J. Cotter

Page **1** of **1**



**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                    John Cotter, Sergeant

## Sign In Sheet

Officers, by signing, acknowledge attendance in the noted class and receipt of provided
General Orders of Vehicle Pursuits, Seatbelts, and Emergency Equipment.

| Print Name | Signature | Class | Date | |
|---|---|---|---|---|
| John | 29642 | Driver Training | 4/18/17 | :33 |
| Bri | 0440 | DRIVING | 4-20-17 | :30 |
| Barr | Barry Petty 4498 | Driving | | :27 |
| Joseph | Joseph Johnson 22042 | Driving | | :28 |
| Shane | | Drivin | | :26 |
| Freddie | | Driving | | :29 |
| Hunter Solomon | | Driving | | :28 |
| Steven | | Driving | | :30 |
| Jason | | Driving | | :29 |
| Cody | | Driving | | :28 |
| Brian | In Day | Driving | | :29 |
| Greg Smi | | Driving | | :27 |
| Tara | Tara 16729 | Driving | | :28 |
| Charlie | Jay So | | | :30 |
| Josie | Jesse Pinto | Driving Training | | :30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                    John Cotter, Lieutenant

# Firearms Qualification

Name: H. Solomon        Date / Time: 6/25/21  1200

Location: SPD        Conditions: Clear - Dry

Day  X   Night _____      Course of Fire: _____

Firearm Make / Model: Glock 34        Serial: _____

Instructor: James Death #19678      (Pass) / Fail  (circle one)

On this date, I acknowledge that the above course was performed and attained the posted rating.

_____        James Death #19678
Shooter Signature                    Instructor Signature

Weapon inspected by: James Death #19678



# Hernando Police Department
## Firearm Written Exam



Name _Hunter Solomon_   Date _11-6-18_

1) What are the 4 "golden rules" of firearm safety?
   1. Treat guns as loaded
   2. Be aware of muzzle
   3. Finger off trigger
   4. Beware of whats beyond your target

2) _____ is an energy that will escape out of the weakest area presented physically by the shooter.
   a. Trigger control
   b. Recoil
   c. Reload
   d. Sight alignment

3) The areas that recoil will most likely escape are:
   a. Hands and wrist
   b. Elbows
   c. Shoulders
   d. All of the above

4) The case law that established an objective reasonableness standard for Use of Force is
   a. Graham v. Connor
   b. Roe v. Wade
   c. Terry v. Ohio
   d. Carroll v. United States

5) Only the front sight is needed for accurate shot placement.
   TRUE   FALSE

6) _Nose_ past _Toes_ is always the rule for proper shooting stance.



# Hernando Police Department
## Firearm Written Exam



7) Assign the correct names in the diagram below.

1. Back Strap
2. Slide
3. Magazine
4. Trigger
5. Trigger Guard
6. Grip
7. Slide Lock
8. Ejection Port

9. Frame
10. Barrel
11. Muzzle
12. Front Strap
13. Magazine Well
14. Front Sight
15. Rear Sight
16. Magazine Release





**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

*Scott Worsham, Chief*                                                    *John Cotter, Sergeant*

# Firearms Qualification

Name: Hunter Solomon      Date / Time: 7-16-17

Location: Southaven Range      Conditions: Sunny

Day  X      Night _____      Course of Fire: Real

Firearm Make / Model: Car AR-15      Serial: _____

Instructor: Brian Darby      (Pass)  Fail  (circle one)

On this date, I acknowledge that the above course was performed and the attained the posted rating.

_____          _____
Shooter Signature                                        Instructor Signature



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

*Scott Worsham, Chief*                                      *John Cotter, Sergeant*

# Firearms Qualification

Name: Hunter Solomon                 Date / Time: 11-6-18      18:00

Location: Smithaven Range          Conditions: Dark

Day _____     Night X      Course of Fire: State Qual

Firearm Make / Model: Glock 34         Serial: _____

Instructor: Cotter                  (Pass) / Fail   (circle one)

On this date, I acknowledge that the above course was performed and attained the posted rating.

_____              _____ 196-12
Shooter Signature                    Instructor Signature



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief

John Cotter, Sergeant

# Firearms Qualification

Name: _Hunter Solomon_   Date / Time: _11-6-18   16:00_

Location: _Southaven Range_   Conditions: _Sunny_

Day _x_   Night ____   Course of Fire: _State Qual_

Firearm Make / Model: _Glock 34_   Serial: _____

Instructor: _J. Cotter_   (Pass) / Fail   (circle one)

On this date, I acknowledge that the above course was performed and attained the posted rating.

_____
Shooter Signature

_____
Instructor Signature



**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                      John Cotter, Sergeant

# Firearms Qualification

Name: Solomon                Date / Time: 1-11-19   5:00

Location: SPD Range          Conditions: Cold

Day X       Night ___       Course of Fire: State Qual

Firearm Make / Model: Glock 34       Serial: 

Instructor: Cotter          Pass / Fail  (circle one)

On this date, I acknowledge that the above course was performed and attained the
posted rating.

_____        _____
Shooter Signature                     Instructor Signature



# Hernando Police Department
## Training Report



## Training Attendees

| | | | |
|---|---|---|---|
| ✓ | | | |
| ☐ | | ☐ Lee | m |
| ☐ | | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ✓ | |
| ☐ | | ☐ | |
| ☐ | | ✓ | |
| ☐ | | ✓ | |
| ✓ | A | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ K | |
| ✓ | | ✓ | |
| ☐ | | ✓ | |
| ✓ | | ✓ | |
| ✓ | N | ✓ | |
| ✓ | Hunter Solomon | ☐ | |
| ☐ | Scott Worsham | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ☐ | |
| ☐ | | ✓ | |
| ☐ | n | ☐ | |
| ☐ | Lynn Brown | ☐ | |

## Training Information

Date: 6-4-2020 to 6-30-2020

Time: various

Instructor(s): J. Cotter, J. Bramlett

Location(s): Southaven Range, Senatobia Range

Training Topic(s): Handgun training

Training Objective(s): Improve officers' proficiency with their duty weapon and satisfactorily complete the MS State Qualification Course

### Narrative:

Officers met at the predetermined range location and emptied duty ammo from their pistol and magazines. Officers then donned eye and ear protection. Officers completed drills, including the in-progress Hernando Police Patrol Standard (currently reviewing time restrictions), single-round drills on 8.5x11 paper with time restrictions, multiple-round volleys on the same target, multiple-round volleys on multiple targets, moving while shooting, and draw-and-fire using only the support hand. Afterwards, all officers completed the Mississippi State Qualification Course. Had any Officer required remediation due to scoring below 80%, one additional opportunity would have been permitted. However, no officer scored below 80%. Upon completion of the qualification, officers reloaded their pistol with duty ammunition and were dismissed from training.

### Report Prepared by:

J. Cotter  _[signature]_  10/12

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON          12



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
**2601 Elm Street**
**Hernando, MS 38632**
**(662)429-9096 Phone**
**(662)449-3350 Fax**

Scott Worsham, Chief                                                    John Cotter, Lieutenant

# Firearms Qualification

Name: H. Solomon                     Date / Time: 5-25-20   1500

Location: Southaven PD        Conditions: Sunny

Day ✓      Night _____      Course of Fire: State Qual

Firearm Make / Model: Glock 34        Serial: [REDACTED]

Instructor: Bramlett                     (Pass)  Fail  (circle one)

On this date, I acknowledge that the above course was performed and attained the posted rating.

_____                    _____ 22066
Shooter Signature                              Instructor Signature


Weapon inspected by:     _____



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

*Scott Worsham, Chief*                                    *John Cotter, Sergeant*

# Firearms Training
The undersigned Officers acknowledge attendance and receipt of Deadly Force Policy

| OFFICER NAME | OFFICER SIGNATURE | DATE |
|---|---|---|
| Leonardis | | 7/6/17 |
| Cody | | 6/29/17 |
| Tarr | | 6/29/17 |
| Keit | | 6/29/17 |
| Ross | | 6/29/17 |
| Michae | | 7-6-17 |
| Micha | | 07/06/17 |
| Dext | | 7-6-17 |
| Jay | | 6/29/2017 |
| Jacob | | 7/6/17 |
| Barry | | 6/29/17 |
| John | | 6-29-17 |
| Sherita | | 7-6-17 |
| John | | 6/29/17 |
| Charle | | 6/29/17 |
| Hunter Solomon | | 6-6-17 |
| Lynn Brown | LYNN BROWN | 6-6-17 |
| Steven | | 6/29/17 |
| | | |
| | | |
| | | |
| | | |



# Hernando Police Department
## Training Report



| Training Attendees | |
|---|---|
| √ | √ T |
| √ | √ Leonard |
| √ | √ Ale |
| √ | √ Chris |
| √ | √ Jaso |
| √ | √ Jos |
| √ | √ Mic |
| √ | √ Ho |
| √ | √ N |
| √ | √ K |
| √ | √ Can |
| √ | √ Mich |
| √ | √ Cha |
| √ | √ Mic |
| √ | √ Jac |
| √ N | √ Steve |
| √ Hunter Solomon | √ Ro |
| √ Scott Worsham | √ Charl |
| √ | √ Ky |
| | Ge |
| | Ja |

## Training Information

Date: Nov. 5-8      Time: 1300-1800

Instructor(s): J. Cotter, J. Bramlett

Location(s): Southaven Range

Training Topic(s):Firearms training and qualification

Training Objective(s): To improve officers' proficiency with handguns and complete transition from 40 caliber to 9 mm

### Narrative

Hernando Police Officers met at the Southaven Range in their standard attire and turned over their department-issued 40 caliber Glock pistols. They were then issued new 9mm Glock pistols. Officers then completed classroom instruction covering safe handling of firearms, disassembly and reassembly for cleaning, sight alignment, trigger manipulation, stance, and reloading. Officers then completed a written test issued by J. Cotter. (Students earning less than 100% were later instructed on the areas of concern.) Officers then relocated to the range, where firearms instruction was given by J. Bramlett and J. Cotter. Drills included timed shots requiring accuracy from 10 yards both from a holstered and unholstered position. Reload drills were performed as well as malfunction drills involving "snap cap" training rounds.

Page **1** of **2**

Officers, by signing, acknowledge attendance in handgun training and receipt of provided Response to Resistance policy.

| Print Name | Signature | Date |
|---|---|---|
| Hosie | | 11-6-18 |
| Jason | | 11-6-18 |
| Neil | | 11-6-18 |
| Hunter Solomon | | 11.6.18 |
| Michael | Michael | 11/6/18 |
| Steven M | | 11/6/18 |
| Keith | | 11/6/18 |
| Joshua | | 11/6/18 |
| Roegbmit | | 11/6/18 |
| | | 11-7-18 |
| Michael | | 11/7/18 |
| Roger S | Roger | 11/7/18 |
| Robert | | 11-7-2018 |
| Adrian L | | 11-7-18 |
| Barry Pet | | 11-7-18 |
| Timothy | | 11-7-18 |
| | | 11-7-18 |
| Joseph | | 11-7-18 |
| Michael A | | 11/07/18 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Certificate of Training

THIS ACKNOWLEDGES THAT

## Hunter Soloman

HAS SUCCESSFULLY COMPLETED TRAINING REQUIREMENTS FOR

**FLASH BANG DEVICE**

James Ratliff

JAMES RATLIFF,
SAFARILAND TRAINING GROUP INSTRUCTOR

01-08-2021



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                    John Cotter, Sergeant

# Firearms Qualification

Name: Hunter Solomon          Date / Time: 6/1/18

Location: Senatobia, MS.          Conditions: Cloudy / Hot

Day X     Night _____     Course of Fire: Patrol

Firearm Make / Model: Windham AR          Serial: [          ]

Instructor: C. Larphere #15440          (Pass) / Fail (circle one) 99%

On this date, I acknowledge that the above course was performed and the attained the posted rating.

_____          Charles Lyhun #15440
Shooter Signature                          Instructor Signature



**American Working Dogs**

**America's Working Dog Advocate**

**CERTIFICATION SHEET**
**AWD Seminar**
**"Patrol" / "Tracking"**

Handler _Hunter Solomon_ K-9 _Kairo_

Department _Hernando PD_

Home Address _____ Hernando, MS

Home Phone #: _____ E-Mail: _rsolomon@hernandopolice.or_

| | | |
|---|---|---|
| **Obedience/Control** | Pass/Fail | Official _____ |
| **Apprehension Control** | Pass/Fail | Official _____ |
| **Down Suspect** | Pass/Fail | Official _____ |
| **Muzzle** | Pass/Fail | Official _____ |
| **Tracking** | Pass/Fail | Official _____ |

Return **completed** sheet to Certifying Judge.

Certification Fee is $30.00, regardless of pass or fail.

Certificate will be mailed to you at your home address.

*Location of Seminar* _Southaven_

*Certifying Official:* _____ Date: _7/17/19_

*Certifying Official:* _____ Date: _____



**America's Working Dog Advocate**

# *NARCOTICS*
## DETECTOR DOG CERTIFICATION

**Handlers Name:** *(Last)* Solomon *(First)* Robert *(M.L.)* H

**K-9 Name:** Kairo **Breed:** Mal **Sex:** M

**Home Address:** Hernando, MS 38632

**Home Phone:** **Email:** rsolomon@hernandopolice.o

**Department:** Hernando PD

## DO NOT WRITE BELOW FOR OFFICIAL USE ONLY

Officials place initials in appropriate spaces below that apply

|  |  | BUILDINGS | VEHICLES | BOXES | LOCKERS |
|---|---|---|---|---|---|
| MARIJUANA | Pass: | 7B | 7B | EB | 7B |
|  | Pass: | EB | 7B | 7B3 | 7B3 |
| METH | Pass: | CB | 7B3 | 7B | 7B |
| HERION | Pass: | 7B | 7B | 7B | 7B |
| OTHER MDMA | Pass: | 7B3 | 7B3 | 7B | 7B |
| OTHER | Pass: |  |  |  |  |

## CERTIFICATION ~ PASS: ✓ FAIL:

*Certifying Official Comments:*

*Location of Certification:* Southaven

**Certifying Official:** **Date:** 07/17/19

**Certifying Official:** **Date:**



# MEMBERSHIP APPLICATION

**PLEASE PRINT CLEARLY OR TYPE**

Application Date _7-17-19_

Name _Hunter Solomon_   Rank/Title _Patrol_

Home Address _[redacted]_

City _Hernando_   State _MS_   Zip _38632_

Home Phone (include area code) _[redacted]_   Email _rSolomon @hernando police.org_

**MEMBERSHIP CLASSIFICATION**

Check one:   ☐ Civilian   ☒ Active Duty   ☐ Retired

Check one (if applicable):   ☒ Police   ☐ Fire   ☐ Search & Rescue   ☐ Military   ☐ Federal

Other (please describe) _____

Agency _Hernando PD_

Agency Address _2601 Elm St_

City _Hernando_   State _MS_   Zip _38632_

Agency Phone (include area code) _662-429-9096_

**CANINE DATA**

K9 Name _Kairo_

Breed _Belgian Mal_   Color _Tan_

DOB _3 yr old_   Sex: ☒ Male   ☐ Female

Agency Job Classification _Narcotics_

Mail this form with check or money order with dues of $45.00 made payable to American Working Dogs: 7953 N. Old Rt. 31, Denver, IN 46926. *Dues subject to increase after inaugural time period.



American Working Dogs
America's Working
Dog Advocate

# AWD Certification Receipt

Date: 7-17-19

Handler: Hunter Solomon                    Rank Patrol

K-9 Kairo

Department: Hernando PD

Dept Address: 2601 Elm St

　　　　Hernando, MS 38632

Dept Phone: 662-429-9096  Email vsolomon@hernandopolice.

Location of Seminar  SPD

Date of Seminar  7-17-19

*Official Use Only ~ Do Not Write In Space Below ~ Official Use Only*

Total Amount Received: $ 105      Cash_____Check#_____

Membership:$ 45 ($45.00)New_____Renew _×_ Current_____

　　　Narcotic Certification: $ 30 _____($30.00)

　　　　　Level 1 _×_ Level 2_____

　　Explosive Certification: $ 00 _____($30.00)

　　　　　Level 1 _00_ Level 2_____

　　Patrol/Tracking Certification: $ 30 _____($30.00)

　　　　　Level 1 _×_ Level 2_____

Received By:_____

*Official Use Only ~ Do Not Write In Space Above ~ Official Use Only*

Billing Information:

Name:_____Phone:_____

Address:_____

City:_____State:_____Zip:_____

　Fax:_____Email_____

　Total Amount Due:_____(Due within 30 days)

(Certifications invalid until payment received. Certificate will be mailed)



America's Working
Dog Advocate

## Narcotic & Patrol Detector Dog
## Certification

Member:

K-9 **Kairo** handled by **Hunter Solomon**

June 11, 2018

**Lynn Brown**
Certifying Official

**Kenneth D. Licklider**
Owner

**Danny Parker**
Director of Law
Enforcement Operations



American's Working
Dog Advocate

*Narcotic & Patrol Detector Dog*

*Certification*

Member:

K-9 **Krash** handled by **Hunter Solomon**

June 14, 2017

(Annual Membership will expire exactly 1 year to this date)

Danny Parker
Director of Law
Enforcement Operations

Kenneth D. Licklider
Owner

Lynn Brown
Certifying Official



**American Working Dogs**

*America's Working Dog Advocate*

*Narcotic & Patrol Detector Dog Certification*

Member:
K-9 **Kairo** handled by **Robert Hunter Solomon**
July 29, 2020

**Danny Parker**
Director of Law
Enforcement Operations

**Kenneth D. Licklider**
Owner

**Lynn Brown**
Certifying Official



*America's Working Dog Advocate*

*American Working Dogs*

*1 year Membership*

Member: **Robert Hunter Solomon**

July 29, 2020

(Annual Membership will expire exactly 1 year to this date)

**Kenneth D. Licklider**
Owner



# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

### Hunter Solomon

OF

Hernando Police Department

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

TASER (enter CEW) CEW V.21
USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED ON 2-26-2019

ISSUED BY

John Cotter
(Certifying Instructor)



AXON TRAINING CERTIFIED

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



*Certificate of Training*

## Robert Solomon

has successfully completed a six (6) hour course of instruction in:

## Current Trends and Dangers in Drug Investigations for Law Enforcement

December 5, 2017

Instructor: Tim Rutledge, Director of Training RCTA
Training Center Director: Bowen Johnson

*Bowen Johnson*

In cooperative alliance with:



**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell



**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.

**CORINTH POLICE DEPARTMENT**
Chief Ralph Dance

**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC

**FARMINGTON POLICE DEPARTMENT**
Chief Keith Little

**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



## Certificate of Training

has successfully completed a six (6) hour course of instruction in:

### Dismounted Movement Techniques

**Hunter Solomon**

August 14, 2018

Instructors: Staff Florida Army National Guard
Training Center Director: Bowen Johnson  *Bowen Johnson*

In cooperative alliance with:



**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.



**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell



**CORINTH POLICE DEPARTMENT**
Chief Ralph Dance



**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC

**FARMINGTON POLICE DEPARTMENT**
Chief Keith Little

**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford



MISSISSIPPI CENTER FOR
EMERGENCY
SERVICES

The University of Mississippi Medical Center

Class: _____ 0288

This certifies that

**Hunter Solomon**

has successfully completed

FIRST HANDS COURSE

Wednesday, March 20, 2019



This training has been approved for 4 hour of continuing education credit by the Mississippi Board on
Officer Standards and Training

This training has been approved for 4 hour of continuing education credit by the Mississippi Board on Officer Standards and Training.
This offering has been approved for 5 EMS continuing education credit by the Mississippi Bureau of Emergency Medical Services.

CITY OF HERNANDO

FIRST REPORT OF INJURY

EMPLOYEE NAME Hunter Solomon

DATE OF INJURY 11/9/19

TIME OF INJURY 0500

TYPE OF INJURY Laceration to right pinkie + Swelling in the knuckle

PART OF BODY
AFFECTED pinkie finger/knuckle on right hand

SPECIFIC WORK ACTIVITY EMPLOYEE WAS ENGAGED IN WHEN THIS ACCIDENT
OCCURRED restraining an irate DUI offender

WITNESSES NAMES: Kieth Lebo

SUPERVISOR'S SIGNATURE:

*PLEASE RETURN THIS AND ALL PAPERWORK FROM DOCTOR/HOSPITAL TO JULIE
HARRIS AS SOON AS POSSIBLE SO WORKER'S COMPENSATION CLAIM MAY BE FILED IN
A TIMELY MANNER.



**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                                    John Cotter, Sergeant

# Firearms Qualification

**Name:** _Hunter Solomon_                          **Date / Time:** _4-30-18    1300_

**Location:** _Southaven Range_              **Conditions:** _Sunny_

**Day** _✓_     **Night** _____     **Course of Fire:** _State Qual_

**Firearm Make / Model:** _Glock    35_          **Serial:** ▢

**Instructor:** _C. Longshore_                    **Pass** / **Fail** (circle one)

On this date, I acknowledge that the above course was performed and the attained the posted rating.

_____          _____ #15440
Shooter Signature                                  Instructor Signature

# Northeast Mississippi
# Law Enforcement Training Center



*Certificate of Training*

## Hunter Solomon

has successfully completed a six (6) hour course of instruction in:

**Human Trafficking: Understanding Legal and Investigative Aspects plus the Required Medical Response**

August 22, 2017

Instructors: Staff from the Ms. Coalition Against Sexual Assault and the Ms. Attorney General's Office
Training Center Director: Bowen Johnson  *Bowen Johnson*

In cooperative alliance with:





**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell

**CORINTH POLICE DEPARTMENT**
Chief Ralph Dance

**FARMINGTON POLICE DEPARTMENT**
Chief Keith Little

**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.

**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC

**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford

## Certificate of Completion



VIRTUAL ACADEMY.

This certificate is proudly presented to

# Robert Hunter Solomon

for the successful completion of

**Implicit Bias for Law Enforcement**



Hours

**1.0**

Completion Date:  **January 25 , 2021**

Savant Learning Systems | 317 South Lindell St. | Martin, TN 38237

# CERTIFICATE OF COMPLETION

This is to certify that

## Robert Solomon

Has completed all training requirements as set forth in the

Interdiction Mastermind (1 Day Course)

## October 19 2020

Kenny Williams
Instructor

Dennis Benigno
Founder, Instructor

# Mississippi Law Enforcement Officers Association

## Certificate of Training

This is to certify that

Hunter Solomon

has successfully completed the

## MLEOA LAWDOG
## K9 SEMINAR & CERTIFICATION

Awarded this the 22nd day of March , 2018 at Southaven, Mississippi

_____
President of MLEOA

_____
Instructor



# CERTIFICATE
## OF COMPLETION

This is to certify

HUNTER SOLOMON

&

K9 KRASH

Have completed 400 hours of Basic
K9 Handler training class.

March 24, 2017

RICHARD CHANDLER. TRAINER

LYNN BROWN, TRAINER



## Mississippi Law Enforcement Officers Association
### Certificate of Training

This is to certify that

**Hunter Solomon**

has successfully completed a 324 hour course in

**K9 CERTIFICATIONS COURSE**

At D'Iberville, Mississippi

Given this 15th day of June 2017

President, Mississippi Law Enforcement
Officers Association

Instructor



Mississippi Law Enforcement Officers Association

Certificate of Training

This is to certify that

**Hunter Solomon**

has successfully completed a

CANINE NARCOTICS & PATROL SERVICE TRAINING

24 (four) hour course in

At D'Iberville, Mississippi.

Given this 15th day of June 2018

President, Mississippi Law Enforcement
Officers Association

Instructor



# CERTIFICATE
## OF COMPLETION

*This is to certify*

HUNTER SOLOMON

&

K9 KAIRO

*Have completed 400 hours of basic
K9 Handler training class.*

*March 23, 2018*

STEPHEN HODGES, TRAINER

LYNN BROWN, TRAINER



Mississippi Law Enforcement Officers Association

Certificate of Training

This is to certify that

Hunter Solomon 3 K-9 Kaiso

has successfully completed a 24 hour course in

MLEOA Law Dog Seminar

At Hernando, Mississippi

Given this 11th day of March

President, Mississippi Law Enforcement
Officers Association

Instructor



Mississippi Law Enforcement Officers Association
Certificate of Training

This is to certify that

Hunter Solomon

has successfully completed a 320 hour course in

M.L.E.O.A. K9 Train-the-Trainer Course

Given this 11 day of March At Hernando, Mississippi

President, Mississippi Law Enforcement Officers Association

Instructor



The National Narcotic Detector Dog Association, Inc.

This is to Certify that

Robert Solomon and Krish

has satisfactorily completed the certification standards of

The National Narcotic Detector Dog Association, Inc.

_____
Certifying Official

3-25-17
Date

Police Service Dog

Narcotics

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



## Certificate of Training

### Hunter Solomon

has successfully completed a six (6) hour course of instruction in:

### Roadside Interviews in Drug Investigations

June 29, 2017

Instructor: Christopher Green, RCTA Staff Instructor
Training Center Director: Bowen Johnson

In cooperative alliance with:

*Bowen Johnson*



**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell

**CORINTH POLICE DEPARTMENT**
Chief Ralph Dance

**FARMINGTON POLICE DEPARTMENT**
Chief Keith Little



**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.



**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC

**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford



# STOP STICK ®

## This Certificate of Completion is Awarded to

## Officer Hunter Solomon

### Hernando Police Department

For Attendance and Participation in the Stop Stick, Ltd.
Standard Training Course for Use and Deployment
of the STOP STICK Tire-Deflation Devices.

Conducted At : Hernando Police Department

On the 6th Day of February, 2017

Course Length: 1 Hours

*Sergeant Cotter*

As Attested to by the Above Course Instructor

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



*Certificate of Training*

**Hunter Solomon**

has successfully completed a six (6) hour course of instruction in:

**Tactical Medical Training**

**August 15, 2018**

Instructors: Staff Florida Army National Guard
Training Center Director: Bowen Johnson

In cooperative alliance with:



BLUE MOUNTAIN COLLEGE
President Barbara McMillin, D.A.



ALCORN COUNTY SHERIFF'S DEPARTMENT
Sheriff Ben Caldwell



U.S. ATTORNEY'S OFFICE
Northern District of Mississippi, LECC



CORINTH POLICE DEPARTMENT
Chief Ralph Dance

FARMINGTON POLICE DEPARTMENT
Chief Keith Little

NORTHEAST MISSISSIPPI COMMUNITY COLLEGE
President Ricky G. Ford

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

### Hunter Solomon

This certifies that the above named individual has completed the training required and has passed a written examination in the use of the TASER X26P Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc. This certification must be renewed annually.

Instructor: _____

J. Cotter

Date: Feb 13ᵗʰ, 2018

# TACTICAL ENERGETIC ENTRY SYSTEMS

## "TRAIN FOR THE WORST CASE SCENARIO"

THIS IS TO CERTIFY THAT

### Robert Solomon

SUCCESSFULLY COMPLETED THE

### Hostage Rescue & High Risk Warrant

TOTAL 32 HOURS

ON THE 14th DAY OF JUNE, 2019

ALAN BROSNAN, PRESIDENT



# St. Petersburg College

## Center for Public Safety Innovation

Multijurisdictional Counterdrug Task Force Training

A partnership between St. Petersburg College and the Florida National Guard

*This certifies that*

## Robert H. Solomon

*has satisfactorily completed the following*
*16 hours of training in Walls, Mississippi*

## Drug Interdiction Techniques – Advanced

*Training completed this ninth day of September, two thousand sixteen*

President, St. Petersburg College

Executive Director
SPC Center for Public Safety Innovation

# Federal Bureau of Investigation

## Be it known that

### Robert Soloman

*Hernando Police Department*

Has successfully completed the 16-hour

## Constitutional Legal Training

*Hernando, Mississippi*

March 15 - 16, 2016

Special Agent William Delaney
Training Coordinator
Federal Bureau of Investigation

UNIVERSITY OF ARKANSAS SYSTEM
CRIMINAL JUSTICE INSTITUTE

This is to certify that

# Robert H. Solomon

has successfully completed the 2 hour course

# Crime Scene First Responder for the Uniformed Officer Online

February 17 - 20, 2015



Director
Criminal Justice Institute

Assistant Director for Education and Training
Criminal Justice Institute



UNIVERSITY OF ARKANSAS SYSTEM
CRIMINAL JUSTICE INSTITUTE

This is to certify that

# Robert H. Solomon

has successfully completed the 7 hour course

**Methamphetamine Awareness, Identification and Safety for First Responders National Online**

February 12 - February 18, 2015





Director
Criminal Justice Institute

Assistant Director for Outreach
Criminal Justice Institute

# HEALING HEARTS CHILD ADVOCACY CENTER



## Hunter Soloman

*Certificate of Attendance*

October 21, 2015

*Child Abuse Prevention Training*

*Presented By:*

*Cory Jewell Jensen, M.S., CCSOT*

Ashley Schachterle, Executive Director
Healing Hearts Child Advocacy Center

# Certificate of Training



Presented to

## Hunter Solomon

for successful completion of the

**Department of Homeland Security**

Bomb-Making Materials Awareness Program Training

June 2, 2015

Michael A. Bailey
Counter-IED Training & Awareness Section Chief (A),
Office for Bombing Prevention



# TASER TRAINING ACADEMY

## TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

### HUNTER SOLOMAN

This certifies that the above named individual (HUNTER SOLOMAN) has completed the training required and has passed a written examination in the use of the TASER X26 Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of TASER International, Inc. This certification must be renewed annually.

Instructor _Herb Brewer_   Date _MARCH 8, 2014_



# Metro Area Security and Subpoena

## Certificate of Completion

### Robert Solomon

This 22nd day of March, 2014

For completing the

**Firearms Safety and Qualification Course/ Pistol, Rifle Shotgun**

_____
Allen Strickland, Instructor

_____
Mike Strickland, Instructor



# WEST TENNESSEE DRUG TASK FORCE

Certificate of Training

This is to certify that

**Hunter Solomon**

Has successfully completed 8 hours of instruction in

**BASIC NARCOTICS AND CRIMINAL INTERDICTION**

Conducted by the West Tennessee Drug Task Force
Held in Walls, Mississippi on January 11, 2014

INSTRUCTOR
JOHNIE W. CARTER
SPECIAL AGENT
WEST TENNESSEE DRUG TASK FORCE



## MICHIGAN STATE UNIVERSITY

### School of Criminal Justice
**East Lansing, Michigan**

*This certifies that:*

# Hunter Solomon

*Has completed the following on-line safety training from "saferesponse.com":*

Bloodborne Pathogens

As described in OSHA requirements on Bloodborne Pathogens (29 CFR 1910.1030)
*(this course takes approximately 3 hours to complete)*

04/01/2015
*Completion Date*

*Departmental Representative*

381067
*Certificate Number*

**Emergency Response Solutions
Industrial Safety Consultants, Inc.**

73
*Course Score*



Mississippi Delta Community College Law Enforcement
Training Academy

This is to recognize that

**Robert H. Solomon**

Attended and successfully completed an 8 hour
Courtroom Testimony Class

March 20, 2015

Walls, MS

Instructor – Dean Bearden



Mississippi Office of Highway Safety

Certificate of Training

Hunter Solomon

Traffic Occupant Protection Strategies

Conferred on September 4, 2014

Certificate Number 4596

Melissa Harvey
Training Coordinator
Law Enforcement Traffic Safety Training Unit



Mississippi Office of Highway Safety

Certificate of Training

*Hunter Solomon*

In

Standardized Field Sobriety Testing

24 Hour NHTSA Curriculum

Certificate No. 7208
Conferred on September 4, 2014

Melissa Harvey
Training Coordinator
Law Enforcement Traffic Safety Training Unit



*Mississippi Office of Highway Safety*

Certificate of Training

**Robert Hunter Solomon**

in

Advanced Roadside Impaired Driving Enforcement

16 Hour NHTSA Curriculum

Conferred on February 25, 2016

Melissa Harvey
D.R.E. State Coordinator
Training Coordinator
Law Enforcement Traffic Safety Training Unit



**Mississippi Office of Highway Safety**
**Law Enforcement Traffic Safety Training Unit**
Robert H. Solomon
is re-certified in
**Standardized Field Sobriety Testing**
through February 23, 2018
7208

Melissa Harvey – Training Coordinator

*Officer Hunter Soloman*

For Attending

enting the Escape/Tactical Movement of Yo

(8 hours)

by Central Christian College of Kansas, at

by Hernando Police Department and th

Northern District of Mississippi

Felicia C. Adams

U.S. Attorney, NDMS

# Certificate of Training

*This certifies that*

## Hunter Solomon

Has successfully completed training in

## Tactical Vehicle Intervention (TVI)

January 30, 2019

Robert Scott, Instructor

9/7/21, 9:54 AM                                        Ionic App

Reporting

Report by In-
Service

Report by Courses

Report by Roll
Calls

Report by General
Orders

Report by User

BACK

Basics of Use of Force

Show 50 ⌄ entries     Search:                                          CSV     Print

| Name | Start Date | End Date | Complete? | Completion Date | Score |
|------|-----------|----------|-----------|-----------------|-------|
|  | 9/1/2021 | 9/21/2021 | Yes | 9/1/2021 | 0.00 |
| Solomon, Robert | 9/1/2021 | 9/21/2021 | Yes | 9/3/2021 | 0.00 |

Showing 1 to 2 of 2 entries                              Previous   I   Next

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON                    66

# Certificate of Completion



VIRTUAL ACADEMY®

This certificate is proudly presented to

# Robert Hunter Solomon

for the successful completion of

**Assisting Police K-9s**



Completion Date: **July 11 , 2021**

Savant Learning Systems | 317 South Lindell St. | Martin, TN 38237



# Hernando Police Department
## Training Report



**ng Attendees**

| | | | |
|---|---|---|---|
| ☒ | | ☒ | |
| ☒ | | ☒ | L |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☐ | |
| ☒ | | ☒ | |
| ☐ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | | ☒ | |
| ☒ | Hunter Solomon | ☒ | |
| ☐ | Scott Worsham | ☒ | |
| ☒ | | ☒ | |
| ☐ | | ☒ | |
| ☐ | | ☒ | |
| ☒ | F | ☒ | |
| ☒ | Lynn Brown | | |

## Training Information

Date: 2-18-2020 and 2-25-2020

Time: 0800-1500

Instructor(s): J. Bramlett, T. Algee, B. McMinn, J. Harper, L. Williamson, L. Brown, K. Hodge, D. Gates

Location(s):Hernando P.D.

Training Topic(s): Property and Evidence, Officer Resiliency, Awareness and Ops, Legal Updates, Perimeters, Traffic Stops, Citizen Complaints, Off-Duty Conduct, Search and Seizure.

Training Objective(s): Provide officers with training and information in above topics.

### Narrative:

On the above dates, officers met at the Hernando Police Department conference room. Instruction was given in a variety of areas, provided by individuals both within the agency and from outside. J. Bramlett provided instruction on proper collection and processing of evidence. Within his instruction, HPD Policy 13.1 "Evidence Collection, Control, and Storage was read and shown on the television in the room. He advised officers on the needs of proper separation of drug and non-drug evidence and the inportance of accurate TPW with drug evedince.

T. Algee instructed on officer resiliency using VALOR class material. He covered the dangers of complacency and the need for continued mental, physical and emotional wellness. B. McMinn and J. Harper from the Desoto

Page **1** of **2**



# Hernando Police Department
# Training Report



County EMA presented training on awareness and response to hazardous materials and provided ERG books to all in attendance. Officers were briefed on HPD policy 6.33 "Bloodborne Pathogens" and instructed on the use and limitations of PPE that is available to officers.

L. Williamson from the Desoto County District Attorney's Officer presented Legal Updates training. He covered recent changes in DUI laws, actual vs. constructed posession, custodial vs. non-custodial interrogation, spontaneous utterances, probable cause vs. reasonable suspicion and the components of a Terry frisk.

L. Brown instructed on Perimeters and Traffic Stops with an emphasis on K9 application. Areas addressed were perimeter basics and a K9's role in a search and legal considerations in vehicle search including the length of stop as pertaining to Rodriguez v United States and areas able to be searched. Additionally, he covered the Carrol Doctrine and plain view stipulations.

K. Hodge instructed officers in Ethics, addressing all of the Canons of Police Ethics, as well as bias-based profiling and sexual harassment. He covered HPD policy 12.7 "Citizen Complaint and Inquiry" which was displayed on the screen for officers. He then addressed HPD policy 3.5 "Off-Duty Conduct and Powers of Arrest."

D. Gates provided instruction on the 4th Ammendment, HPD policy 6.8 "Search Warrants" and HPD policy 6.9 "Search of Motor Vehicles."

**Report Prepared by:**

J. Cotter

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON



# Hernando Police Department
## Training Report



| Training Attendees | | | Training Information |
|---|---|---|---|
| ✓ | | ✓ | |
| ☐ | | ✓ | **Date:** 6-22-2021 and 6-24-2021 |
| ☐ | | ☐ | |
| ✓ | | ✓ | **Time:** 0800-1700 |
| ✓ | | ✓ | |
| ✓ | | ✓ | **Instructor(s):** J. Ratliff, J. Bramlett, J. Cotter, P. Williams Esq., |
| ✓ | | ✓ | |
| ✓ | | ✓ | **Location(s):** Hernando P.D. |
| ☐ | | ✓ | |
| ✓ | | ✓ | **Training Topic(s):** CEW, Search and Seizure, Sexual Harassment, Legal Updates, Juvenile Law, RADAR |
| ☐ | | ✓ | |
| ✓ | | ✓ | **Training Objective(s):** Complete annual in-service training and recertify officers in CEW and RADAR |
| ✓ | | ☐ | |

**Narrative:**

Officers met in the HPD conference room and received PowerPoint instruction for annual recertification in TASER CEWs. Upon completion of classroom instruction, officers completed written examinations and relocated to the Gale Center to complete drills including use of and reloading of TASER CEWs. Officers then completed the required two (2) deployments on an Axon target with probes impacting preferred target zones. Upon completion of TASER annual recertification requirements, officers returned to the conference room, where Detective J. Bramlett provided instruction on current search and seizure laws.

Attendees (visible names):
- Hunter Solomon
- Scott Worsham

Page **1** of 2



# Hernando Police Department
# Training Report



Afterwards, Lt. J. Cotter provided instruction on sexual harassment, addressing HPD Policy 5.10 and explanation of situations that may be considered in violation.

Attorney Paige Williams then provided instruction on legal updates and juvenile law. Officer J. Ratliff then provided instruction on RADAR and administered written examinations for the use of RADAR and field observations for officers to complete as required for recertification.

Report Prepared by:     J. Cotter

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON     71

Officers, by signing, acknowledge attendance in annual in-service training 2021, to include: CEW recertification, Search and Seizure training, Sexual Harassment training, Legal Updates, Juvenile Law, and RADAR training/recertification.

| Print Name | Signature | Date |
|---|---|---|
| S | Stn Atkin | 6-22-21 |
| Hunter Solomon | | 6-22-21 |
| Chris | | 6-22-21 |
| Alex | | 6/22/21 |
| Mich | | 6-22-21 |
| M.ch | | 6/22/21 |
| Tray | Tray Mitchell | 6/22/21 |
| Thomas | | 6/22/21 |
| Kirk | | 6/22/2021 |
| Steven | | 6/22/21 |
| Charles | Charles Lynn | 6/22/21 |
| Benar | Benard Frank | 6/22/21 |
| Timot | | 6/22/21 |
| Neil | | 6/22/21 |
| Jacob | | 6/22/21 |
| TARE | Dan | 6/22/2021 |
| Dan R | Dan Run | 6/22/21 |
| Llo | | 6-22-2 |
| J | | 6/22/21 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



# Hernando Police Department
## Training Report



## Training Attendees

## Training Information

Date: 2-26/28-2019

Time: 0800-1700

Instructor(s): J. Cotter, K. Hodge, D. Gates, J. Bramlett, L. Williamson (D.A.)

Location(s): Hernando P.D.

Training Topic(s): Legal Updates, Domestic Violence, Property and Evidence, Off-Duty Conduct, Sexual Harassment, Internal Affairs, Biased Base Profiling, Search and Seizure, Transportation of Detainees, Mentally Ill Persons, Vehicular Pursuit, C.E.W.

Training Objective(s): Train officers in above topics and their corresponding policies and C.E.W. recertification

## Narrative:

Officers met at the Hernando Police Department for annual in-service training. Topics for training were MSLEAC standards. Policies for each topic were covered by Officers with the exception of Legal Updates, which was instructed by Luke Williamson with the District Attorney's Office. At the conclusion of MSLEAC required training topics, annual C.E.W. training and recertification was completed.

Attendees listed include: Hunter Solomon

Page **1** of **2**



# Hernando Police Department
## Training Report



Narrative continued

I provided instruction as provided by the current V.21 TASER update which was retrieved within 72 hours of the training day. Officers were instructed via required PowerPoint presentation and provided required C.E.W. warnings and legal consideration handouts. All officers displayed safe handling of C.E.W.s and completed drills using expended training (blue) cartridges, to include reload drills. Officers then completed the required 2 deployments with live 15-foot cartridges, hitting acceptable target locations on a conductive, AXON target. One deployment was done from a laying position from officers' backs, to provide experience firing from additional positions, and the second deployment was done standing. All officers completed the V.21 written test with 100 percent.

| Report Prepared by: | Date: |
|---|---|
| J. Cotter | 3-1-2019 |

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON          74

Officers, by signing, acknowledge attendance in In-Service training, to include
Search and Seizure, Transportation of Detainees, Domestic Violence, Property and
Evidence, Off-Duty Conduct, Sexual Harassment, Citizen Complaints, Biased-
Base Profiling, Legal Updates, Mentally Ill Persons, Vehicular Pursuit and CEW
Training as well as receipt of provided Response to Resistance policy, CEW
policy, Law Enforcement Warnings, and TASER Guidelines

| Print Name | Signature | Date |
|---|---|---|
| Hunter Solomon | | 2-26-19 |
| Sh.. | | 2-26-19 |
| Ro | | 2-26-19 |
| Cond | | 2-26-19 |
| M. | | 2/26/19 |
| Fred | | 2/26/19 |
| Pear | | 2-26-19 |
| Jo | | 2-26-19 |
| Cha | | 2-26-19 |
| Char | | 02-26-19 |
| C. | | 2-26-19 |
| D | | 2-26-19 |
| G | | 2-26-19 |
| J | | 2-26-19 |
| Steve | | 2-26-19 |
| Nei | | 2-26-19 |
| Alic | | 2-26-19 |
| Jas | | 2-26-10 |
| | | 2-26-19 |
| Rus | | 2-26-19 |
| | | |
| | | |
| | | |



# Hernando Police Department
## Training Report



| Training Attendees | | Training Information |
|---|---|---|

**Training Information**

Date: 4/24/2020 - 5/1/2020

Time: Various

Instructor(s): J. Cotter

Location(s): HPD

Training Topic(s): Handgun malfunction clearing

Training Objective(s): Improve officers' proficiency in clearing handgun malfunctions

### Narrative:

I, Lt. Cotter met with all officers and provided instruction on the 4 main types of handgun malfunctions: failure to feed, failure to fire, failure to eject and failure to extract. I explained the common reasons for each and the common ways to correct them (Tap/rack for feed, fire and eject issues. Rip/rack for failure to extract). A safety check was done for all firearms and confirmed to not have live rounds by myself and the officer(s) receiving instruction.
All officers were shown the techniques and all officers demonstrated the ability to perform them.

### Report Prepared by:

J. Cotter

Training Attendees (names partially visible):
- Le... m
- A... e
- Hunter Solomon
- Scott Worsham
- Lynn Brown

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON          76

Mississippi Bureau of Narcotics

K9 TRAINING AIDS-METHAMPHETAMINE
JULY 13, 2020
HERNANDO POLICE DEPARTMENT
OFFICER HUNTER SOLOMON

| Case Number Crime Lab No County Agent | Case Date | Case Type | Evidence Type | Description | Location | Disposition | Movement |
|---|---|---|---|---|---|---|---|
| 313-197-1-2014 14-010888-0001 | 05/28/14 | MBN Case | Drug | Exhibit 1 Tag No:00042975 METHAMPHETAMINE 920.00 Grams | Master Loc:EMU Vault/K9TC Row: Shelf: Box: Cabinet: | Delivered to MS Crime Lab | Date: 07/13/20 Type: Transfer to Legal for Release" Other Recipient: OFFICER HUNTER SOLOMON Other Signer: HERNANDO POLICE DEPARTMENT ON JULY 13, 2020, OFFICER HUNTER SOLOMON WAS ISSUED 40 GRAMS (44 GRAMS TPW) OF METHAMPHETAMINE FOR K9 TRAINING PURPOSES. (DA) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals | 1 | | | | | |
| Drugs | 1 | | | | | |
| Total | 1 | | | | | |

Monday 07/13/2020

)cc 7/13/20

Page 1 of 1

**Mississippi Bureau of Narcotics**

**K9 TRAINING AIDS-COCAINE**

**JULY 13, 2020**

**HERNANDO POLICE DEPARTMENT**

**OFFICER HUNTER SOLOMON**

| Case Number Crime Lab No County Agent | Case Date | Case Type | Evidence Type | Description | Location | Disposition | Movement |
|---|---|---|---|---|---|---|---|
| B13-197-1-2014 14-010886-0001 | 05/28/14 | MBN Case | Drug | Exhibit 2 Tag No:000042976 COCAINE POWDER 2,960.00 Grams | Master Loc:EMU Vault:K9TC Row: Shelf: Box: Cabinet: | Delivered to MS Crime Lab | Date: 07/13/20 Type: Transfer to Other Agency Other Recipient: OFFICER HUNTER SOLOMON Other Signer: HERNANDO POLICE DEPARTMENT ON JULY 13, 2020, OFFICER HUNTER SOLOMON FROM HERNANDO POLICE DEPARTMENT WAS ISSUED 40 GRAMS (48 GRAMS TPW) OF COCAINE FOR K9 TRAINING PURPOSES. (DA) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | | | | | | | |
| Drugs | 1 | | | | | | |
| Total | 1 | | | | | | |

Monday 07/13/2020

Page 1 of 1

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON          78

Mississippi Bureau of Narcotics
K9 TRAINING AIDS-MARIJUANA
JULY 13, 2020
HERNANDO POLICE DEPARTMENT
OFFICER HUNTER SOLOMON

| Case Number Crime Lab No County Agent | Case Date | Case Type | Evidence Type | Description | Location | Disposition | Movement |
|---|---|---|---|---|---|---|---|
| U13-233-1-2012 12-016148 | 08/03/12 | MBN Case | Drug | Exhibit 1 Tag No:30033862 MARIJUANA 11,579.00 Grams | Master Loc:EMU Vault:K9TC Row: Shelf: Box: Cabinet: | Delivered to MS Crime Lab | Date: 07/13/20 Type: Transfer to Other Agency Other Recipient: HUNTER SOLOMON Other Signer: HERNANDO POLICE DEPARTMENT ON JULY 13, 2020, OFFICER HUNTER SOLOMON FROM HERNANDO POLICE DEPARTMENT WAS ISSUED 430 GRAMS (44.5 GRAMS TFW) OF MARIJUANA FOR K9 TRAINING PURPOSES. (DA) |

| | | | |
|---|---|---|---|
| Totals | | | |
| Drugs | 1 | | |
| Total | 1 | | |

Monday 07/13/2020

Page 1 of 1

**Mississippi Bureau of Narcotics**
HERNANDO POLICE DEPARTMENT
OFFICER HUNTER SOLOMON
K-9 EVIDENCE RETURNED

| Case Number Crime Lab No County Agent | Case Date | Case Type | Evidence Type | Description | Location | Disposition | Movement |
|---|---|---|---|---|---|---|---|
| 2020EM-17-023 NONE | 07/13/20 | MBN Intel | Drug | Exhibit:1 Tag No:00063183 HEROIN/BLACK TAR 0.00 Grams | Master Loc:EMU Vault: Row: Shelf: Box: Cabinet: | | Date: 07/13/20 Type: Deliver EMU MBN Recipient: Other Recipient: HERNANDO POLICE DEPARTMENT MBN Signer: Other Signer: OFFICER HUNTER SOLOMON THE FOLLOWING K-9 EVIDENCE WAS RELINQUISHED BY OFFICER HUNTER SOLOMON OF THE HERNANDO POLICE DEPARTMENT TO EMU FOR STORAGE PURPOSES. sh  HEROIN/BLACK TAR - 40.0 GMS (49.0 GMS T.P.W.) K-9 EVIDENCE RETURNED. |
| NONE | | | Drug | Exhibit:2 Tag No:00063184 COCAINE POWDER 0.00 Grams | Master Loc:EMU Vault: Row: Shelf: Box: Cabinet: | | Date: 07/13/20 Type: Deliver EMU MBN Recipient: Other Recipient: HERNANDO POLICE DEPARTMENT MBN Signer: Other Signer: OFFICER HUNTER SOLOMON THE FOLLOWING K-9 EVIDENCE WAS RELINQUISHED BY OFFICER HUNTER SOLOMON OF THE HERNANDO POLICE DEPARTMENT TO EMU FOR STORAGE PURPOSES. sh  COCAINE POWDER - 40.0 GMS (45.0 GMS T.P.W.) K-9 EVIDENCE RETURNED. |
| NONE | | | Drug | Exhibit:3 Tag No:00063185 METHAMPHETAMINE 0.00 Grams | Master Loc:EMU Vault: Row: Shelf: Box: Cabinet: | | Date: 07/13/20 Type: Deliver EMU MBN Recipient: Other Recipient: HERNANDO POLICE DEPARTMENT MBN Signer: Other Signer: OFFICER HUNTER SOLOMON THE FOLLOWING K-9 EVIDENCE WAS RELINQUISHED BY OFFICER HUNTER SOLOMON OF THE HERNANDO POLICE DEPARTMENT TO EMU FOR STORAGE PURPOSES. sh  METHAMPHETAMINE - 40.0 GMS (46.0 GMS T.P.W.) K-9 EVIDENCE RETURNED. |
| NONE | | | Drug | Exhibit:4 Tag No:00063186 MARIJUANA 0.00 Grams | Master Loc:EMU Vault: Row: Shelf: Box: Cabinet: | | Date: 07/13/20 Type: Deliver EMU MBN Recipient: Other Recipient: HERNANDO POLICE DEPARTMENT MBN Signer: Other Signer: OFFICER HUNTER SOLOMON THE FOLLOWING K-9 EVIDENCE WAS RELINQUISHED BY OFFICER HUNTER SOLOMON OF THE HERNANDO POLICE DEPARTMENT TO EMU FOR STORAGE PURPOSES. sh  MARIJUANA - 423.0 GMS (434.0 GMS T.P.W.) K-9 EVIDENCE RETURNED. |

Monday 07/13/2020

Page 1 of 2



## Personnel Training Attestation Form

- I hereby attest that I have reviewed the following NARCAN® Training presentation provided by the Department of Mental Health and attached this attestation form. Furthermore, I agree to be responsible for the proper safeguarding and storage of NARCAN® assigned to be in my possession including but not limited to the following guidelines:

- Store NARCAN® Nasal Spray at room temperature between 59°F to 77°F (15°C to 25°C). NARCAN® Nasal Spray may be stored for short periods up to 104°F (40°C).
- Do not freeze NARCAN® Nasal Spray.
- Keep the NARCAN® Nasal Spray in its box until ready to use and protect from light.
- Replace NARCAN® Nasal Spray before the expiration date on the box.
- Keep NARCAN® Nasal Spray and all medicines out of the reach of children.

_____ (Signature)
2-7-18 (Date)
Patrolman (Title)
HPD (Agency)



---



## Personnel Training Attestation Form

- I hereby attest that I have reviewed the following NARCAN® Training presentation provided by the Department of Mental Health and attached this attestation form. Furthermore, I agree to be responsible for the proper safeguarding and storage of NARCAN® assigned to be in my possession including but not limited to the following guidelines:

- Store NARCAN® Nasal Spray at room temperature between 59°F to 77°F (15°C to 25°C). NARCAN® Nasal Spray may be stored for short periods up to 104°F (40°C).
- Do not freeze NARCAN® Nasal Spray.
- Keep the NARCAN® Nasal Spray in its box until ready to use and protect from light.
- Replace NARCAN® Nasal Spray before the expiration date on the box.
- Keep NARCAN® Nasal Spray and all medicines out of the reach of children.

_____ (Signature)
_____ (Date)
_____ (Title)
_____ (Agency)





## Certificate of Completion



VIRTUAL ACADEMY®

This certificate is proudly presented to

# Robert Hunter Solomon

for the successful completion of

**Canons of Police Ethics**



Completion Date:     **March 1 , 2021**

Savant Learning Systems | 317 South Lindell St. | Martin, TN 38237



# Certificate of Completion and Competency

## Operator's

### Hunter Solomon

Has successfully completed a course of instruction and demonstrated competency in the principles and operation of MPH Industries Inc. Speed Monitoring Devices and has met the requirements set forth by the company for Radar Operator. The above named person is deemed competent to Operate Radar Devices.

06-22-2021
_____
Date

_____
Instructor

Class's reviewed a radar power point detailing the history, general knowledge of how it works, how to operate the departments radar and court rulings. Officer took a test , assigned to conduct a unsupervised field test and issued a tunning for log sheet.

Report Prepared by:

James Ratliff

2



Certificate of Completion and Competency

Operator's

# Hunter Solman

Has successfully completed a course of instruction and demonstrated competency in the principles and operation of MPH Industries Inc. Speed Monitoring Devices and has met the requirements set forth by the company for Radar Operator. The above named person is deemed competent to Operate Radar Devices.

05-22-19

Date

Instructor



# Hernando Police Department
## Training Report



## Training Attendees

| | | |
|---|---|---|
| ☐ | ☐ | |
| ☐ | ☑ | |
| ☐ | ☑ | |
| ☑ | ☑ | |
| ☐ | ☑ | |
| ☑ | ☑ | |
| ☑ | ☑ | |
| ☐ | ☑ | |
| ☐ | ☑ | |
| ☑ | ☑ | |
| ☑ | ☑ | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☑ Hunter Solomon | ☐ | |
| ☐ Scott Worsham | ☑ | |
| ☐ | ☐ | |
| ☐ | ☐ | |
| ☐ | ☑ | |
| ☑ | ☑ | |
| ☑ Lynn Brown | ☑ | |
| ☐ | ☐ | |
| ☐ | ☐ | |

## Training Information

Date: Various
Time: 1800
Instructor(s): J. Cotter
Location(s): HPD Patrol Room
Training Topic(s): Response to Resistance
Training Objective(s): Review Response to Resistance policy, policy revisions, and complete written test.

### Narrative:

I, Lt. J. Cotter, met with each rotation and instructed officers in our Response to Resistance policy and changes made in order to comply with Credentialing requirements as per Executive Order 13929. Officers then satisfactorily completed a written test regarding information from HPD Policy 7.2

### Report Prepared by:

J. Cotter

Page 1 of 1

Officers, by signing, acknowledge receipt of Policy 7.2 "Response to Resistance" and attendance in response to resistance training.

| Print Name | Signature | Date |
|---|---|---|
| Lynn Brown | | 12/15/20 |
| | 22065 | 12/15/20 |
| | | 12/15/20 |
| | 1142s | 12-15-20 |
| | | 12-15-20 |
| | 18305 | 12-15-20 |
| | | 12/15/20 |
| | | 12/16/20 |
| | 2648 | 12/16/20 |
| | | 12/16/20 |
| | | 12/16/20 |
| | | 12/16/2020 |
| | | 12/16/20 |
| | | 12/16/20 |
| | | 12/16/20 |
| | | 12/16/20 |
| Hunter Solomon | | 12-16-20 |
| | | 12-16-20 |
| | | 12/16/2020 |
| Pre | | 12/16/2020 |
| | | 12/17/2020 |
| Fal | | 12/18/2020 |
| | | |
| | | |
| | | |
| | | |



**CITY OF HERNANDO POLICE DEPARTMENT**
Training / Accreditation
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

Scott Worsham, Chief                                    John Cotter, Sergeant

# Firearms Qualification

Name: Hunter Solomon       Date / Time: 7-6-17

Location: Southaven Range    Conditions: Sunny

Day X    Night ____    Course of Fire: Qual

Firearm Make / Model: Colt AR-15    Serial: _____

Instructor: Brian Darby         (Pass)  Fail  (circle one)

On this date, I acknowledge that the above course was performed and the attained
the posted rating.

_____              _____
Shooter Signature                        Instructor Signature



**CITY OF HERNANDO POLICE DEPARTMENT**
**Training / Accreditation**
2601 Elm Street
Hernando, MS 38632
(662)429-9096 Phone
(662)449-3350 Fax

*Scott Worsham, Chief*

*John Cotter, Sergeant*

# Firearms Qualification

**Name:** Solomon

**Date / Time:** 1-1-19    15:00

**Location:** SPD Range

**Conditions:** Cold

**Day** ✗    **Night** _____    **Course of Fire:** Departmental Qual

**Firearm Make / Model:** Windham AR-15    **Serial:** _____

**Instructor:** Capt. Languere    **Pass**   Fail   (circle one)

On this date, I acknowledge that the above course was performed and attained the posted rating.

_____
Shooter Signature

_____ #15440
Instructor Signature



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☐ | | ☑ | re |
| ☐ | | ☑ | |
| ☑ | | ☑ | |
| ☐ | | ☑ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | T | ☐ | |
| | | | |

**Training Information**

Date: 1-8-2021

Time: 1300-1700

Instructor(s): J. Scott / J. Ratliff

Location(s): NWCC Range

Training Topic(s): Reload drills, distraction devices

Training Objective(s): Complete requirements for flash-bang certification and train on rifle and pistol reloads.

**Narrative**

Officers met at the NWCC Range and Officer J. Ratliff completed verbal instruction and then practical training on the application and deployment of flash-bang distraction devices. All officers present deployed 2 training bangs in acceptable manners as per certification guidelines.

Officers then performed reload drills with AR style rifles and duty pistols in a 1-reload-1 manner. Team members partnered up and continued the drills using team tactics of "Alpha Bravo" commands.

**Report Prepared by:** J. Cotter



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☒ | C___ ll | ☒ | C___ |
| ☒ | | ☒ | |
| ☒ | | ☐ | |
| ☐ | | ☒ | |
| ☒ | Hunter Solomon | ☒ | |
| ☒ | | ☒ | |
| ☒ | Ja___ | ☒ | S___ |

### Training Information

Date: 1-11-2019

Time: 1300-1700

Instructor(s): C. Lanphere, J. Bramlett, J. Cotter

Location(s): Southaven Range

Training Topic(s): Firearms training

Training Objective(s): To improve team members' proficiency with handgun and rifle

### Narrative

Officers met at the Southaven Range at 1:00pm and Captain Lanphere began with rifle instruction. Team members "zeroed" rifles and completed qualifications.

Officers then secured rifles and J. Cotter and J. Bramlett put officers through handgun training and the State Qualification Course.

| Report Prepared by: | J. Cotter 19642 | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| | Training Attendees | | | |
|---|---|---|---|---|
| ☑ | C | ☑ | C | re |
| ☐ | | ☑ | | |
| ☑ | | ☑ | | |
| ☑ | J | ☐ | | |
| ☑ | Hunter Solomon | ☐ | | |
| ☐ | | ☐ | | |
| ☑ | S | | | |

**Training Information**

Date: 1-17-2020

Time: 1300-1700

Instructor(s): J. Bramlett

Location(s): SPD Range

Training Topic(s): Firearms training

Training Objective(s): Improve proficiency with sidearm and rifle.

**Narrative**

Officers met at the Southaven Range and completed the SWAT pistol and carbine standards on 8.5" x 11" paper. Attention was paid to speed and accuracy. Officers then completed "dot torture" style exercises and then completed the second version of SWAT pistol standards.

| Report Prepared by: | J. Cotter | /9142 |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| | Training Attendees | | |
|---|---|---|---|
| ☑ |  | ☑ | |
| ☑ | | ☑ | |
| ☑ | | ☑ | |
| ☐ | | ☑ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☑ | |
| ☑ | | ☑ | |

### Training Information

Date: 1-25-2019

Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): Rifle Qualifications and building clearing

Training Objective(s): Improve team members' tactics in effective building clearing

### Narrative

Team members met at the Southaven Range and any officers J. Scott, J. Bramlett, and H. Porter completed the State qualification course for AR-type rifles.

The team then moved to the shoot house and completed numerous clearing drills using various layouts within the facility.

Report Prepared by:  19642



# Hernando Police Department
## SWAT Training Report





| Training Attendees | | | | Training Information |
|---|---|---|---|---|
| ☑ | C... ll | ☑ | C... e | **Date:** 1-28-2020 |
| ☐ | | ☐ | | **Time:** 1300-1700 |
| ☑ | | ☑ | | **Instructor(s):** C. Lanphere |
| ☐ | | ☐ | | **Location(s):** Mid South Institute |
| ☑ | Hunter Solomon | ☐ | | **Training Topic(s):** Room/Building Clearing |
| ☑ | | ☑ | | |
| ✓ | S... | | | **Training Objective(s):** Improve officers' proficiency in safely clearing structures utilizing tactics learned at TEES |

## Narrative

Officers met at Mid South Institute in Lake Cormorant and began removing the bolts from their AR style rifles and replaced them with Simunition "blue bolts." A safety check was performed with each officer verifying that neither they, nor other officers had any live ammunition on them or in the training area. Officers then loaded Simunition into their rifles and donned eye protection. Officers then performed a walkthrough of the training area, confirming that no personnel were in the training area. Afterwards, two versions of 8.5"x11" targets (one to engage, on not to engage) were placed throughout the area to be cleared by team members. The team split into various groups of 4 and trained on tactics to successfully clear the structure, only engaging appropriate targets.

| Report Prepared by: | J. Cotter | 1642 |
|---|---|---|



# Hernando Police Department
# SWAT Training Report



| Training Attendees | | | | Training Information |
|---|---|---|---|---|
| ☑ | ...ll | ☐ | ...e | Date: 2-7-2020 |
| ☐ | | ☑ | | |
| ☑ | | ☑ | | Time: 1300-1700 |
| ☑ | | ☑ | | Instructor(s): C. Bicknell |
| ☑ | Hunter Solomon | ☐ | | Location(s): T.E.E.S. |
| ☐ | | ☐ | | Training Topic(s): Building Clearing |
| | | | | Training Objective(s): Improve officers' building-clearing skills using tactics learned at T.E.E.S.' SWAT school |

## Narrative

Officers met at T.E.E.S. in Byhalia, MS and cleared all weapons. We then installed Simunition (blue) bolt in our AR style rifles. Officers then loaded Simunition rounds and conducted a final safety check of themselves and each other to ensure that no live ammunition was in the structure. Officers entered the shoot-house and began clearing the structure without targets to engage. After several "dry" runs, Lt:s Bicknell and Cotter then placed "shoot" and "don't shoot" targets throughout the structure. Team members set up in groups of 4 and began clearing the structure, engaging only the targets intended to be engaged. Multiple exercises were performed with a variety of combinations of officers in different positions. No officers engaged the "don't shoot" targets.

| Report Prepared by: | J. Cotter |
|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☑ | C               lll | ☑ | C             e |
| ☐ | | ☑ | |
| ☑ | | ☑ | |
| ☐ | | ☐ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☑ | |
| ✓ | J | ✓ | |

**Training Information**

Date: 2-8-19

Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): Building clearing

Training Objective(s): Improve team movement through dwellings

**Narrative**

Team members and narcotics officers met at the SPD Range and completed building clearing drills through the "shoot house" with varying layouts, as arranged by placement of obstacles acting as walls and barriers.

| Report Prepared by: | J. Cotter | *[signature]* 1964c |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☐ | | ☑ | re |
| ☐ | | ☑ | |
| ☑ | | ☑ | t |
| ☐ | | ☐ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☐ | |
| | | | |

### Training Information

Date: 2-23-2021

Time: 1800-2200

Instructor(s): C. Lanphere

Location(s): Desoto County EMA

Training Topic(s): Low light building clearing

Training Objective(s): Improve officers' abilities to clear structures in low light environments

### Narrative

Team members met at the Desoto County EMA controlled burn building and performed a safety check of all weapons to ensure that no live ammunition was present in the training location. Using tactics learned from TEES and the Desoto County SWAT School, team members began in "stack" formations and cleared the structure. This was performed multiple times with a variety of changes made to open/closed doors. Captain Lanphere positioned himself in different locations within the structure to observe and to provide feedback regarding movement and tactics.

**Report Prepared by:** J. Cotter



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ✓ | | ☐ | |
| ☐ | | ✓ | |
| ✓ | | ✓ | |
| ✓ | | ✓ | |
| ✓ | Hunter Solomon | ✓ | |
| ✓ | L. Brown | ✓ | |
| | | | |

### Training Information

Date: 3-5-2021

Time: 1300-1700

Instructor(s): J. Scott

Location(s): SPD Range

Training Topic(s): Vehicle takedown

Training Objective(s): Improve officers' abilities to clear occupied vehicles

### Narrative

Team members met at the SPD range, where a vehicle, provided by A. Vaughn, had been placed. Officers cleared their weapons and "blue bolts" for Simunition were placed into rifles and a pistol for Simunition was prepared. Training exercises were performed which involved an officer playing the role of driver who refused to exit. Team members would approach and clear the vehicle while maintaining tactics learned from TEES.

In some scenarios, K9 handler Brown and K9 Groot were utilized for vehicle extraction.

| Report Prepared by: | J. Cotter |
|---|---|



# Hernando Police Department
# SWAT Training Report





| Training Attendees | | | |
|---|---|---|---|
| ☑ | | ☐ | |
| ☐ | | ☑ | |
| ☑ | | ☑ | |
| ☐ | | ☑ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☑ | |
| ✓ | | ✓ | |

**Training Information**

Date: 3-8-19

Time: 1300-1700

Instructor(s): J. Cotter, J. Bramlett

Location(s): SPD Range

Training Topic(s): Handgun and Long gun training

Training Objective(s): Improve officers' proficiency with pistols and familiarize snipers with long guns.

---

**Narrative**

Officers met at the SPD range and went through handgun drills led by J. Bramlett and J. Cotter involving timed drills with small targets, moving, and steel targets at 25 yards.

Officers Cotter and J. Scott also trained with the new sniper rifles, familiarizing themselves with the weapons system.

| Report Prepared by: | J. Cotter |
|---|---|



# Hernando Police Department
## SWAT Training Report





| Training Attendees | | | |
|---|---|---|---|
| ☑ | | ☐ | e |
| ☐ | | ☑ | |
| ☑ | | ☑ | |
| ☐ | | ☑ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☑ | |
| ☑ | | | |

**Training Information**

Date: 3-22-19

Time: 1300-1700

Instructor(s): J. Bramlett

Location(s): SPD Range

Training Topic(s): Handgun training

Training Objective(s): Improve team members' proficiency with sidearms

## Narrative

Team members met at the SPD range and were put through multiple drills, such as "dot torture," focusing on proper sight alignment and trigger pull. Drills consisted of slow, controlled volleys of fire on small targets from the 3-10 yard range.

| Report Prepared by: | J. Cotter | 19642 |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | |
|---|---|---|
| ☑ | | ☐ |
| ☐ | | ☐ |
| ☑ | | ☑ |
| ☐ | | ☑ |
| ☑ | Hunter Solomon | ☑ |
| ☑ | | ☑ |
| | | |

### Training Information

Date: 4-5-19

Time: 1300-1700

Instructor(s): C. Bicknell

Location(s): Hernando Police Department

Training Topic(s): Physical Fitness

Training Objective(s): Complete the prescribed PT standard for team members

### Narrative

Team members met at the Hernando Police Department gym. Officers completed all compulsory events in the physical training requirements, achieving a passing score of 45 or greater.

| Report Prepared by: | J. Cotter | |
|---|---|---|




# Hernando Police Department
## SWAT Training Report

| Training Attendees | |
|---|---|
| ✓ | ✓ |
| ✓ | ✓ |
| ✓ | ☐ |
| ✓ | ✓ |
| ✓ | ✓ |
| ✓ | ✓ Hunter Solomon |

**Training Information**

Date: 4-30-18   Time: 1300 - 1700

Instructor(s): C. Lamphere

Location(s): Southaven Range

Training Topic(s): Firearm training (pistol & AR)
Equipment familiarization
Building clearing

Training Objective(s):
Zero rifles
Handgun qual
Safe building entry

**Narrative:**

Officers were issued gear & shown basic fundamentals.

Officers then qualified with handguns with > 94%

Officers then zeroed rifles.

Officers then went through basic formations & methods for building clearing with day weapons in the Southaven shoot house.

Report Prepared by: [signature] 17642



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | |
|---|---|---|
| ☑ | ☐ | |
| ☑ | ☑ | |
| ☑ | ☑ | |
| ☐ | ☑ | |
| ☑ Hunter Solomon | ☐ | |
| ☑ ✓ | ☑ | |
| | | |

### Training Information

Date: 4-30-2021

Time: 1300-1700

Instructor(s): J. Scott

Location(s): S.I.D. Building

Training Topic(s): M.R.A.P.

Training Objective(s): Provide instruction on basic function and application of the SWAT M.R.A.P.

### Narrative

Officers met at the SID Office and were provided instruction on the Department's new armored vehicle (MRAP). Instruction was provided on starting the vehicle and basic operation and capabilities, entering and exiting, as well as equipment location, such as the ram, halligan tool, extendable ladder, and fire extinguisher.

Report Prepared by:




# Hernando Police Department
## SWAT Training Report

| Training Attendees | | | |
|---|---|---|---|
| X | | ☐ | |
| ☐ | | X | |
| X | | X | |
| ☐ | | ☐ | |
| X | Hunter Solomon | X | |
| ☐ | | ☐ | |
| | | | |

### Training Information

Date: 05 Feb 2021

Time: 1:00-5:00 pm

Instructor(s): C. Bicknell, J. Scott

Location(s): Desoto Co. EMA

Training Topic(s): Entry operations with shield

Training Objective(s): Team move into a structure with a shield in the stack.

### Narrative

On the 05 Feb 2021, SWAT team members went to the Desoto County EMA training facility located on Motor Scooter Cove in Nesbit, MS. Teams members worked on entry techniques for moving through a structure using a shield as an extra layer of cover during movements. Team members completed operations of moving through a multi-level structure while using a shield as well.

| Report Prepared by: | J. Scott #19678 |
|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | |
|---|---|---|---|---|
| ☒ | ell | ☐ | | re |
| ☐ | | ☒ | | t |
| ☒ | | ☒ | | |
| ☒ | | ☐ | | |
| ☒ | Hunter Solomon | ☐ | | |
| ☒ | | ☐ | | |
| | | | | |

**Training Information**

Date: 5-1-2020

Time: 1300-1700

Instructor(s): J. Bramlett

Location(s): SPD Range

Training Topic(s): Firearms training

Training Objective(s): Improve officers' proficiency with sidearm and AR-type rifle.

**Narrative**

Officers met at the Southaven Range and removed all duty ammunition from their pistols and AR style rifles. Officers then completed the HPD SWAT pistol standards and rifle standards. Drills were completed which included timed draw and fire exercises, firing starting from a low/ready position, firing from "position 4", transition drills, and support-hand only drills.

| Report Prepared by: | J. Cotter | 19647 |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | |
|---|---|---|
| ☒ | | ☐ |
| ☐ | | ☒ |
| ☒ | | ☐ |
| ☒ | | ☐ |
| ☒ | Hunter Solomon | ☒ |
| ☒ | | ☒ |
| | | |

### Training Information

Date: 7-14-2020

Time: 1300

Instructor(s): J. Cotter

Location(s): Southaven Range

Training Topic(s): Firearm training

Training Objective(s): Improve officers' proficiency with handgun and rifle

### Narrative

Officers met at the Southaven Range and cleared all weapons of duty ammo and loaded taining ammo. Officers completed drills in which they had only 1 round in the weapon and an empty magazine. The weapon was fired at an 8.5x11 sheet of paper and a reload was completed and a second round was fired at the same target. This drill was timed to increase pressure on those performing the drill and to ensure that all participants could complete the task in 4 seconds or less. Afterwards, officers were split into 2 teams of 3 and copmpleted drills involving everyone to run to the 25 yard line and have one officer shoot, then everyone run to the 15 yard lineand a different officer shoot, the everyone run to the 7 yard line and the last officer shoot. The drill continued in the reverse order. Each team used a 8.5x11 target. After completing this exertion drill, officers completed reload drill with their rifles. After reload drill were completed, a similar exertion drill was performed with rifles, however, the distances were increased to 50 yards, 25 yards, and 15 yards.

| Report Prepared by: | J. Cotter | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☐ | | ☑ | |
| ☑ | | ☑ | |
| ☑ | | ☑ | |
| ☑ | | ☑ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☐ | |
| | | | |

**Training Information**

Date: 6-25-2021

Time: 0900

Instructor(s): J. Scott

Location(s): HPD / SPD Range

Training Topic(s): SWAT Tryouts

Training Objective(s): Complete SWAT tryout events

**Narrative**

Team members and supplicants for HPD SWAT arrived at the Hernando Police Department in the gym. Applicants were briefed on the events and completed safety checks. They then completed required physical standards. Upon completion, we relocated to the Southaven Range, where additional events were completed. Afterwards, team members voted on the acceptance of the new member, Kirk Russell.

Report Prepared by:



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☐ | ell | ☐ | re |
| ☑ | | ☑ | |
| ☑ | | ☑ | |
| ☑ | | ☐ | |
| ☑ | Hunter Solomon | ☑ | |
| ☑ | | ☐ | |
| | | | |

**Training Information**

Date: 6-26-2020

Time: 1300-1700

Instructor(s): J. Cotter

Location(s): Hernando High School

Training Topic(s): Building Clearing

Training Objective(s): Improve officers' abilities in building clearing with the team.
Instruct new members on Hernando SWAT Team tactics

## Narrative

Officers met at the Hernando High School and cleared all weapons before entering to ensure that no live ammunition entered the building. An initial sweep was performed for the area to be used for training to ensure that no students or faculty were present. Using tactics learned from T.E.E.S., officers, in "stacks" of varying numbers (4 and up) cleared rooms one at a time going the length of the hallway (focusing on one side at a time to allow for easier retention by new members, A. Vaughn and A. Moore.

Officers were placed in different positions within the stack to get experience on a variety of locations and responsibilities. Exercises included entering rooms with open and closed doors, as the technique is different for both.

The team trained on entering from both the left and right sides.

After new members became familiar with the techniques, the team donned helmets and gas masks and continued clearing up and down the hallway wearing the equipment and becoming familiar with the sensation of restricted airflow and obstructed view caused by the masks, relative to clearing buildings without them. Upon completion of the training, an additional sweep was performed to ensure that no equipment was left behind and officers cleared.

**Report Prepared by:**



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | |
|---|---|---|
| ✓ | ✓ | re |
| ✓ | ✓ | w |
| ✓ | | |
| ✓ | ✓ | |
| | | |
| | ✓ | Hunter Solomon |

### Training Information

Date: 6-29-18          Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): Building clearing, qualification with rifles

Training Objective(s): Safely maneuver through building using learned techniques

### Narrative:

Remaining necessary qualifications with issued AR-type rifles were completed with required proficiency. Officers demonstrate basic understanding of safe building clearing

Report Prepared by: _19642_



# Hernando Police Department
## SWAT Training Report





**Training Attendees**

**Training Information**

Date: 7-9-18          Time: 1300

Instructor(s): C. Lanphere

Location(s): Oak Grove Elementary

Training Topic(s): Building clearing

Training Objective(s): Safely clear buildings using learned techniques

Hunter Solomon

**Narrative:**

SWAT Officers arrived at Oak Grove Elementary and trained on fundamentals of building clearing. Officers were informed not to bring live ammunition inside the building to minimize risks associated with negligent discharges.

Report Prepared by:




# Hernando Police Department
## SWAT Training Report

| Training Attendees | | | |
|---|---|---|---|
| ☒ | ll | ☐ | |
| ☐ | | ☒ | |
| ☒ | | ☐ | |
| ☒ | | ☐ | |
| ☒ | Hunter Solomon | ☒ | |
| ☒ | | ☐ | |
| | | | |

### Training Information

Date: 7-14-2020

Time: 1300

Instructor(s): J. Cotter

Location(s): Southaven Range

Training Topic(s): Firearm training

Training Objective(s): Improve officers' proficiency with handgun and rifle

### Narrative

Officers met at the Southaven Range and cleared all weapons of duty ammo and loaded taining ammo. Officers completed drills in which they had only 1 round in the weapon and an empty magazine. The weapon was fired at an 8.5x11 sheet of paper and a reload was completed and a second round was fired at the same target. This drill was timed to increase pressure on those performing the drill and to ensure that all participants could complete the task in 4 seconds or less. Afterwards, officers were split into 2 teams of 3 and copmpleted drills involving everyone to run to the 25 yard line and have one officer shoot, then everyone run to the 15 yard lineand a different officer shoot, the everyone run to the 7 yard line and the last officer shoot. The drill continued in the reverse order. Each team used a 8.5x11 target. After completing this exertion drill, officers completed reload drill with their rifles. After reload drill were completed, a similar exertion drill was performed with rifles, however, the distances were increased to 50 yards, 25 yards, and 15 yards.

| Report Prepared by: | J. Cotter | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report





| Training Attendees | | Training Information |
|---|---|---|

Date: 7-23-18          Time: 1300-1700

Instructor(s): J. Cotter, J. Bramlett

Location(s): Southaven Range

Training Topic(s): Firearm training

Training Objective(s): Accurate shot placement with limited time

Hunter Solomon

---

### Narrative:

SWAT Officers were instructed in recoil management techniques and performed various shooting drills while instructors Cotter and Bramlett evaluated draws, weapon manipulation, and shot placement, making corrections as necessary. Areas of focus include head position, grip, and trigger pull. Officers performed drills involving timed accuracy (one hand and two hands) and magazine changes.

Report Prepared by: 



# Hernando Police Department
## SWAT Training Report





| Training Attendees | | Training Information |
|---|---|---|

**Training Information**

Date: Aug 3 ,2018          Time: 1300-1700

Instructor(s): J. Bramlett, J. Cotter

Location(s): Southaven Range

Training Topic(s): Firearms training

Training Objective(s): To deliver accurate shots on target in short time frames, including multiple shots and reloads.

**Narrative:**

SWAT officers met at the Southaven Range and were instructed by J. Bramlett and J. Cotter on firearm techniques involving recoil management and reload drills.
Drills consisted of timed volleys of 1-5 shots in a range of time constraints and occasionally included reloads. Exercises contained "dot torture" and rapid draw-and-fire exercises on 8"x11" targets from approximately 10 yards.

Report Prepared by: _____ 19642



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | |
|---|---|---|---|---|
| ☑ | | ☐ | | e |
| ☐ | | ☑ | | |
| ☑ | | ☑ | | |
| ☑ | | ☐ | | |
| ☑ | Hunter Solomon | ☑ | | |
| ☑ | | ☐ | | |
| | | | | |

### Training Information

Date: 08-21-2020

Time: 1300-1700

Instructor(s): J. Cotter

Location(s): TEES, Byhalia

Training Topic(s): Handgun and rifle training

Training Objective(s): Improve team members' proficiency with sidearm and AR style rifles

### Narrative

Officers met at T.E.E.S., loaded their magazines with training ammunition, and donned their heavy vests. Officers then moved to the range portion of the facility, and loaded their pistols, and were put through the in-progress SWAT pistol standards which utilize a 8.5"x11" sheet of blank paper. Upon initial completion of the standards, "dot torture" exercises were completed, to improve officers' fundamentals and provide feedback as to what may be causing potential misses. Officers then completed the standards a second time.

Afterwards, officers retrieved their AR style rifles and completed the in-progress Swat rifle standards. Upon completion of the standards, exercises utilizing small targets at approximately 10 yards were completed, with emphasis placed on the need for adjusting the point of aim to accommodate for "hold over" due to the rifles being sighted in at 25 yards.

Afterwards, officers cleared their weapons of training ammunition and reloaded with duty ammo before clearing the training facility.

| Report Prepared by: | J. Cotter | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | |
|---|---|---|---|---|
| ☑ | | II | ☐ | e |
| ☐ | | | ☑ | |
| ☑ | | | ☑ | |
| ☑ | | : | ☑ | |
| ☑ | Hunter Solomon | | ☐ | |
| ☐ | | | ☑ | |
| | | | | |

**Training Information**

Date: 8-27-19

Time: 1300-1700

Instructor(s): J. Bramlett

Location(s): SPD Range

Training Topic(s): Firearms Training

Training Objective(s): Complete firearm standards with handgun and rifles

**Narrative**

Officers met at the Southaven Range and completed firearm standards and various firearm drills and including "dot torture" style exercises with pistol and rifle from approximately 10 yards. Handgun drills were performed using 2 hands, dominate hand only, and support hand only. Additional drills included timed shots with reloads incorporated between volleys.

**Report Prepared by:** J. Cotter

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON 115




# Hernando Police Department
## SWAT Training Report

| Training Attendees | |
|---|---|
| ☑ ...ll | ☑ ...e |
| ☐ | ☑ |
| ☑ | ☑ |
| ☑ | ☐ |
| ☑ Hunter Solomon | ☑ |
| ☑ | ☐ |
| | |

**Training Information**

Date: 9-8-2020

Time: 1300-1700

Instructor(s): J. Cotter

Location(s): Southaven Range

Training Topic(s): Handgun training

Training Objective(s): Improve officers' proficiency with their duty weapons

**Narrative**

Officers met at the Southaven Range and completed the in-progress SWAT pistol standards on 8.5 x 11 inch blank paper. Upon completion, officers then performed slow fire volleys of 2 rounds at a narrow, vertical crosshair target, providing feedback on possible reasons for missing. Officers then were placed into teams of 3 and completed 3 rounds of "dot torture" on a billiard ball target. Each team was allotted 19 rounds to complete the exercise, hitting each ball in order from the 7 yard line.

**Report Prepared by:** J. Cotter



# Hernando Police Department
## SWAT Training Report





| Training Attendees | |
|---|---|
| ☑ | ☑ |
| ☐ | ☑ |
| ☑ | ☐ |
| ☐ | ☑ |
| ☐ | ☐ |
| ☐ | ☑ Hunter Solomon |

### Training Information

Date: 9-14-18          Time:1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): AR type rifle training

Training Objective(s): Understanding of rifle accuracy with consideration to holdover for rifles sighted at 25 yards and fired from approx. 10 yards

### Narrative:

SWAT officers met at the Southaven range and completed drills with their rifles on target from approximately 10 yards and were instructed on compensation for holdover, as our rifles are sighted for 25 yards. Captain Lanphere conducted firing drills and exercises that demonstrate point of aim/point of impact at distances that differ from 25 yards.

| Report Prepared by: | J. Cotter |
|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | |
|---|---|---|---|
| ☒ | | ☐ | |
| ☐ | | ☐ | |
| ☒ | | ☒ | |
| ☐ | | ☐ | |
| ☒ | Hunter Solomon | ☐ | |
| ☒ | | ☐ | |
| ✕ | S | | |

### Training Information

Date: 9-24-19

Time: 1300-1700

Instructor(s): J. Bramlett

Location(s): SPD Range

Training Topic(s): Pistol and rifle training

Training Objective(s): Improve officer proficiency with sidearm and AR-15 style rifle

### Narrative

Officers met at the Southaven Range and completed various drills with pistols and rifles. Drills included the In-progress SWAT standards, exertion shooting with pistol and rifle, and shooting from behind various cover at different ranges.

| Report Prepared by: | J. Cotter | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report





**Training Attendees**

**Training Information**

Date:9-28-18          Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): AR training and qualification

Training Objective(s): Improve proficiency with AR type rifles with attention to reloads.

Hunter Solomon

---

**Narrative:**

SWAT officers met at the Southaven Range and were instructed in various manners of reloading with their AR type rifles. Officers were put through drills consisting of various numbers of rounds fired and "L," "V," and speed reloads.
Additionally, officers who had not yet qualified with their rifles completed the State Qualification course.

**Report Prepared by:** _/fto 14641_

---



# Hernando Police Department
## SWAT Training Report



| Training Attendees | |
|---|---|
| ✓ | ✓ |
| ☐ | ✓ |
| ✓ | ☐ |
| ☐ | ✓ |
| ✓ Hunter Solomon | ✓ |
| ✓ | ✓ |
| ☐ | ☐ |

### Training Information

Date: 10-5-18          Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): AR type rifle training and building clearing

Training Objective(s): Increased performance with rifles and improved movement through buildings as a team.

### Narrative:

At the Southaven Range, SWAT officers, as well as 2 SID officers (S. Markway and J. Bramlett), completed shooting drills with their AR type rifles conducted by C. Lanphere.
Afterwards, training attendees completed multiple "dry" building clearing exercises with different layouts. Attention was focused on safe movement as a team with considerations to building design.

Report Prepared by: _____ 19642



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | Training Information |
|---|---|---|---|

| ✓ | ll | ✓ | e |
|---|---|---|---|
| ✓ | | ✓ | |
| ✓ | | | |
| | | ✓ | |
| ✓ | Hunter Solomon | ✓ | |
| | | | |
| | | | |

**Training Information**

Date: Oct 19, 2018       Time: 1300-1700

Instructor(s): N/A

Location(s): Hernando Police Department

Training Topic(s): PT

Training Objective(s): Requalification

| Narrative: |
|---|

Members of the SWAT team met at the Hernando Police Department to complete the annual physical standard requirements.

**Report Prepared by:** _19642_



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | |
|---|---|---|
| ☑ | ‖ | ☐ |
| ☑ | | ☑ |
| ☑ | | ☐ |
| ☐ | | ☑ |
| ☑ | Hunter Solomon | ☑ |
| ☐ | | ☐ |
| ☐ | | ☐ |

### Training Information

Date: 10-29-18          Time: 0900-1600

Instructor(s): C. Bicknell

Location(s): Southaven Range

Training Topic(s): PT

Training Objective(s): Physical training and tryout event assessment

### Narrative:

SWAT officers met at the Southaven Range and covered all events used in the selection process of future team members. Events covered cardiovascular endurance, obstacle course articulation, and exertion shooting. All present members completed all events that will be required in upcoming tryouts.

Report Prepared by: _____ 106 42




# Hernando Police Department
## SWAT Training Report

| Training Attendees | | | |
|---|---|---|---|
| ☐ | | X ☐ | |
| ☐ | | X ☐ | |
| X ☐ | | X ☐ | |
| X ☐ | | ☐ | |
| X ☐ | Hunter Solomon | ☐ | |
| X ☐ | | ☐ | |
| | | | |

**Training Information**

Date: 11-03-2020

Time: 1:00 – 5:00 pm

Instructor(s): J. Scott

Location(s): Senatobia Range

Training Topic(s): Firearms, Transition Drills, Movement while shooting, Casualty Recovery

Training Objective(s): Familiarization with moving and shooting within the stack formation, engaging multiple target, casualty recovery

**Narrative**

Hernando SWAT team conducted firearms training on November 3, 2020 from 1 – 5 pm at the Senatobia Range. Officers covered shot a diagnostic drill for shooting proficiency, then moved into shooting from the stack formation while moving. Officers were required to shoot at multiple targets as well as transition from rifle to pistol shooting while moving. Team Members culminated to training day by conducting a moving shoot and recovering a casualty from an engagement zone under live fire conditions.

| Report Prepared by: | J. Scott #19678 |
|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | Training Information |
|---|---|---|---|---|
| ☐ | | ☐ | | **Date:** 11-15-2019 |
| ☐ | | ☐ | | **Time:** 1300-1700 |
| ☑ | | ☑ | | **Instructor(s):** J. Cotter |
| ☐ | | ☑ | | **Location(s):** West Oak Grove Church of Christ |
| ☑ | Hunter Solomon | ☐ | | **Training Topic(s):** Building clearing |
| ☑ | | ☑ | | **Training Objective(s):** Improve officers' building-clearing skills. |

### Narrative

SWAT officers met at the West Oak Grove Church of Christ at 1300 hours. All weapons were cleared and checked by a second officer before entering the church. Team members performed various building clearing scenarios including open and closed door situations. The team performed these exercises using techniques learned from TEES training. Training scenarios included low light situations as well as searches utilizing a team member positioned inside random rooms, acting as a hidden subject.

| Report Prepared by: | J. Cotter |
|---|---|



# Hernando Police Department
## SWAT Training Report





| Training Attendees | | | |
|---|---|---|---|
| ✓ | | ✓ | e |
| ✓ | | ✓ | |
| ✓ | | | |
| ✓ | | ✓ | |
| ✓ | Hunter Solomon | ✓ | |
| ✓ | | ✓ | |
| | | | |

### Training Information

Date: 11-16-2018          Time: 1300-1800

Instructor(s): C. Lanphere, C. Bicknell, J. Cotter

Location(s): Southaven Range

Training Topic(s): Physical training and tryouts

Training Objective(s): Improved physical conditioning and tryouts for new members

### Narrative:

SWAT Officers met at the Hernando Police Department and observed applicants for the SWAT Team complete the P.T. Standard. We relocated to the Southaven Range, where the firearms qualification of a minimum 90% was satisfactorily completed by both applicants. Applicants then completed physical exertion shooting and additional physical training exercises.

Report Prepared by:   J. Cotter        19647




# Hernando Police Department
## SWAT Training Report

| Training Attendees | | | |
|---|---|---|---|
| ✗ | ...ell | ✗ | ...e |
| ☐ | | ✗ | |
| ✗ | | ☐ | |
| ☐ | | ✗ | |
| ✗ | Hunter Solomon | ✗ | |
| ✗ | | ✗ | |
| ☐ | | ☐ | |

### Training Information

Date: 11-30-2018        Time: 1300-1700

Instructor(s): C. Lanphere

Location(s):Southaven Range

Training Topic(s):Building clearing

Training Objective(s):Familiarize new team members with building clearing tactics and improve overall team functions inside buildings

### Narrative:

Team members met at the Southaven Range and discussed building clearing tactics. New members walked through several scenarios and then joined the team in multiple dry runs in a variety of building layouts.

Report Prepared by: J. Cotter



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | Training Information |
|---|---|---|---|---|
| ☑ | | ☐ | | Date: 12-13-19 |
| ☐ | | ☐ | | Time: 1100-1500 |
| ☑ | | ☑ | | Instructor(s): J. Cotter |
| ☐ | | ☑ | | Location(s): SPD Range |
| ☑ | Hunter Solomon | ☐ | | Training Topic(s): Handgun training |
| ☑ | | ☑ | | Training Objective(s): Improve officers' proficiency with sidearm |
| ✓ | | | | |

| Narrative |
|---|
| Officers met at the Southaven range and conducted handgun training including slow fire with focus on trigger manipulation, timed volleys of 5 rounds, and slow fire on "poker" targets in teams to work on small target accuracy. |

| Report Prepared by: | J. Cotter | |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | |
|---|---|
| ☒ | ☒ |
| ☒ | ☒ |
| ☒ | ☐ |
| ☐ | ☒ |
| ☒ Hunter Solomon | ☒ |
| ☒ | ☒ |
| ☒ | ☒ |

### Training Information

Date: 12-14-2018

Time: 1300-1700

Instructor(s): C. Lanphere

Location(s): Southaven Range

Training Topic(s): Building Clearing an shooting from behind cover

Training Objective(s): Improve officers' abilities to safely clear buildings and simulate shooting from behind cover.

### Narrative

Officers met at the Southaven Range and were instructed in techniques to "pie" corners and shoot effectively using mobile target stands as barriers simulating doorways.

Officers then moved to the shoot house, where building clearing scenarios were completed with various layouts.

| Report Prepared by: | J. Cotter | /19642 |
|---|---|---|



# Hernando Police Department
## SWAT Training Report



| Training Attendees | | | | Training Information |
|---|---|---|---|---|

| ☑ | | ☐ | | Date: 10-6-2020 |
|---|---|---|---|---|
| ☐ | | ☑ | | Time: 1300-1700 |
| ☐ | | ☑ | | Instructor(s): J. Cotter |
| ☑ | | ☐ | | Location(s): Southaven Range |
| ☑ | Hunter Solomon | ☑ | | Training Topic(s): Firearm use from different platforms. |
| ☑ | | ☑ | | Training Objective(s): Improve officers' proficiency with sidearm and rifles from standing, kneeling, and prone positions |
| | | | | |

### Narrative

Officers met at the SPD range and cleared their weapons of duty ammo and loaded training ammo. Officers began by using their sidearm to engage a target with 3 squares that were approximately 2"x2" in a vertical line. Officers were instructed to engage each square twice. The top square while standing, the middle square while kneeling, and the bottom square while prone. This drill was repeated several times. Then, officers repeated the drill with their AR style rifles.

Afterwards, additional drills were done with officers split into 2 teams. A target with circles in a vertical line of decreasing size was used. Officers had 5 rounds to engage the circle of their choice, knowing that smaller circles awarded higher scores. This drill was repeated with pistols and rifles several times.

| Report Prepared by: | J. Cotter | |
|---|---|---|

EXHIBIT A - TRAINING CERTIFICATES OF OFFICER SOLOMON



# Hernando Police Department
## Training Report



| Training Attendees | Training Information |
|---|---|

**Training Information**

Date: 5/10/2020, 5/15/2020, 5/17/2020

Time: various

Instructor(s): J. Cotter

Location(s): Hernando PD

Training Topic(s): CEW

Training Objective(s): Complete annual recertification requirements

**Training Attendees:**
- Hunter Solomon
- Scott Worsham
- Lynn Brown

### Narrative:

Officers met at the Hernando Police Department conference room and were provided the required PowerPoint presentation, which had been verified to be the most recent version (V.21). Officers were provided the required CEW "Smart Use Considerations" documentation, Law Enforcement Warnings, handouts of the V. 21 PowerPoint, the HPD Response to Resistance policy, and the HPD CEW policy. Officers also filled out appropriate recertification paperwork and, upon completion of classroom instruction, completed the applicable written exams (part 1 and part 2, which applies to the X26P) with a passing grade of 100%.

Afterwards, officers relocated to the Gale center and a safety check was performed. Officers were provided used, blue training cartridges and then demonstrated safe handling of the CEW. "Dry" drills were performed which

Page **1** of **3**