# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ADRIAN HOYLE**                                                                     **PLAINTIFF**

**VS.**                                 **CIVIL ACTION NO.: 3:21-cv-00171-NBB-RP**

**CITY OF HERNANDO, MISSISSIPPI,**
**ET AL.**                                                                     **DEFENDANTS**

## MUNICIPAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Municipal Defendants the City of Hernando, Scott Worsham, and Officer Lynn Brown request, under Federal Rule of Civil Procedure 26, a protective order that addresses extrajudicial statements in the media. In addition to the memorandum being filed in support, Municipal Defendants provide the following exhibits:

**Exhibit A: Press Conference Video (conventionally filed);**

**Exhibit B: Article;**

**Exhibit C: E-mail Between Counsel; and**

**Exhibit D: 11/11/2021 E-mail.**

For the reasons explained in the accompanying memorandum, Municipal Defendants request that their motion for a protective order be granted.

Dated: November 18, 2021.

                                            Respectfully submitted,

                                            PHELPS DUNBAR, LLP

                                            BY:   */s/ G. Todd Butler*
                                                          G. Todd Butler, MB #102907
                                                          Mallory K. Bland, MB #105665
                                                          4270 I-55 North
                                                          Jackson, Mississippi 39211-6391
                                                          Post Office Box 16114

                                        Jackson, Mississippi 39236-6114
                                        Telephone: 601-352-2300
                                        Telecopier: 601-360-9777
                                        Email: todd.butler@phelps.com
                                                        mallory.bland@phelps.com

**ATTORNEYS FOR DEFENDANTS**

PD.36027204.1

## CERTIFICATE OF SERVICE

I certify that, on November 18, 2021, I had this motion electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *G. Todd Butler*
G. Todd Butler
