# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ADRIAN HOYLE**                                                                     **PLAINTIIFF**

**VS.**                                         **CIVIL ACTION NO. 3:21-CV-00171-NBB-RP**

**CITY OF HERNANDO, ET AL.**                                        **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

Municipal Defendants the City of Hernando, Scott Worsham in his official capacity as Chief of Police of the Hernando Police Department, and Officer Lynn Brown individually and in his official capacity as a Hernando Police Officer ("Municipal Defendants") are conventionally filing Exhibit "A," a disc containing Press Conference Video to Municipal Defendants' Motion for Protective Order [43].

This Notice and the referenced Exhibit will be served by United States mail on counsel of record in this matter.

Dated: November 18, 2021.

                                                          Respectfully submitted,

                                                          **PHELPS DUNBAR, LLP**

                                         BY:   */s/ G. Todd Butler*
                                                               G. Todd Butler, MSB #102907
                                                               Mallory K. Bland, MSB #105665
                                                               4270 I-55 North
                                                               Jackson, Mississippi 39211-6391
                                                               Post Office Box 16114
                                                               Jackson, Mississippi 39236-6114
                                                               Telephone: 601-352-2300
                                                               Telecopier: 601-360-9777
                                                               Email: butler@phelps.com
                                                               Email: blandm@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

PD.36038711.1

## **CERTIFICATE OF SERVICE**

I certify that, on November 18, 2021, I electronically filed the above and foregoing *NOTICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Martin Zummach
SPARKMAN-ZUMMACH
7125 Getwell Road, Suite 201
Southaven, MS  38671
Telephone:  (662) 349-6900
Facsimile:  (662) 349-6800
martin@sparkman-zummach.com

Murray B. Wells
WELLS & ASSOCIATES, PLLC
81 Monroe Avenue, Suite 200
Memphis, TN  38103
Telephone:  (901) 507-2521
Facsimile:  (901) 507-1791
wells@thewellsfirm.com

*ATTORNEYS FOR PLAINTIFF*

This the 14th day of September, 2021.

*s/ Mallory K. Bland*
Mallory K. Bland

PD.36038711.1