# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ADRIAN HOYLE**                                                            **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 3:21-cv-00171-NBB-RP**

**CITY OF HERNANDO, MISSISSIPPI,**
**ET AL.**                                                                  **DEFENDANTS**

## MUNICIPAL DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Municipal Defendants the City of Hernando, Scott Worsham, and Officer Lynn Brown submit this their Reply in Support of Motion for Protective Order under Federal Rule of Civil Procedure 26. In addition to the exhibits offered in the opening Motion, Municipal Defendants provide the following:

    **Exhibit E: Additional Counsel Correspondence.**

For the reasons explained in the opening brief and in the accompanying Reply Memorandum, Municipal Defendants request that their motion for a protective order be granted.

Dated: November 29, 2021.

                                                                  Respectfully submitted,

                                                                  PHELPS DUNBAR, LLP

                                           BY:   */s/ G. Todd Butler*
                                                               G. Todd Butler, MB #102907
                                                               Mallory K. Bland, MB #105665
                                                               4270 I-55 North
                                                               Jackson, Mississippi 39211-6391
                                                               Post Office Box 16114
                                                               Jackson, Mississippi 39236-6114
                                                               Telephone: 601-352-2300
                                                               Telecopier: 601-360-9777
                                                               Email: todd.butler@phelps.com
                                                                                mallory.bland@phelps.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that, on November 29, 2021, I had this motion electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *G. Todd Butler*
G. Todd Butler

PD.36095226.1