IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ADRIAN HOYLE**             **PLAINTIFF**

VS.             CIVIL ACTION NO.: 3:21-CV-00171-NBB-RP

**CITY OF HERNANDO, MISSISSIPPI, ET AL.**             **DEFENDANTS**

## MUNICIPAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Municipal Defendants the City of Hernando, Scott Worsham, and Officer Lynn Brown provide notice of a supplemental authority that was not available when briefing on the pending dispositive motion closed on October 28, 2021. Attached as Ex. A is the Fifth Circuit's decision from yesterday in *Salazar v. Molina*, Case No. 20-40334, ___ F.4th ___, 2022 WL 2165984 (5th Cir. June 16, 2022), which speaks to the constitutional and qualified immunity issues debated by the parties in the pending motion.

Dated: June 17, 2022.

            Respectfully submitted,

            **PHELPS DUNBAR, LLP**

            BY:    */s/ G. Todd Butler*
                     G. Todd Butler, MB #102907
                     Mallory K. Bland, MB #105665
                     4270 I-55 North
                     Jackson, Mississippi 39211-6391
                     Post Office Box 16114
                     Jackson, Mississippi 39236-6114
                     Telephone: 601-352-2300
                     Telecopier: 601-360-9777
                     Email: butlert@phelps.com
                     Mallory.Bland@phelps.com
                     **MUNICIPAL DEFENDANTS'**
                     **COUNSEL**

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: June 17, 2022.

/s/ *G. Todd Butler*
G. Todd Butler