IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE                                                                                           PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:21-cv-00171-NBB-RP

CITY OF HERNANDO, MISSISSIPPI,
SCOTT WORSHAM, in his official capacity
as Chief of Police of the Hernando Police
Department, OFFICER LYNN BROWN,
individually and in his official capacity as
a Hernando Police Officer, and OFFICER
HUNTER SOLOMON, individually and in
his official capacity as a Hernando Police Officer                                       DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motions for judgment on the pleadings or, alternatively, for summary judgment are **GRANTED**. The plaintiff's federal claim is dismissed with prejudice, and the plaintiff's state law claims are dismissed without prejudice. This case is closed.

This 27th day of September, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE