IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE,

     Plaintiff,

vs.                                CAUSE NO.: 3:21-cv-171NBB-RP
                                              JURY DEMANDED

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and OFFICER HUNTER SOLOMON,
Individually and in his official capacity as a
Hernando Police Officer

     Defendants.

PLAINTIFF, ADRIAN HOYLE'S, MOTION TO ALTER OR AMEND
THE COURT'S JUDGMENT ENTERED ON SEPTEMBER 27, 2022

COMES NOW, the Plaintiff, Adrian Hoyle (hereinafter Hoyle) by and through counsel and files this his FRCP 59(e) Motion to Alter or Amend this Court's judgment entered on September 27, 2022, (Doc. No. 52) which incorporated the Memorandum Opinion (Doc. No. 53) filed contemporaneously, and would state as a basis for this motion that the Court should, pursuant to FRCP 59(e), alter or amend its judgment to accurately state a material point of law as well as a misconception regarding material facts, and would avoid a manifest injustice.

As explained further in the accompanying Memorandum, the Court's decision to dismiss the entire claim of Hoyle was seemingly based on the rationale that *Heck v. Humphrey*, 512 U.S. 477 (1994) bars any cause of action by Hoyle for excessive force against the Defendants.

For the reasons stated in the Memorandum filed contemporaneously herewith, Hoyle respectfully prays for the following relief:

1. That this Motion be granted and that the Court's Order and Judgment of September 27, 2022, (Doc. Nos.: 52 & 53) be vacated;

2. That summary judgment be denied the Defendants in this matter; and

3. For such other relief to which Hoyle may be entitled either at law or equity, generally or specially.

Respectfully Submitted,

SPARKMAN-ZUMMACH, P.C.

*S/Martin Zummach*
Martin Zummach (MS #9682)
7125 Getwell Road, Suite 201
Southaven, MS 38671
662-349-6900 -- Office
662-349-6800 – Fax

*S/Murray Well*s
Murray Wells (TN #21749)
81 Monroe Avenue, Ste. 400
Memphis, TN 38103
901-507-2521 -- Office
901-507-1791 -- Fax

<u>Certificate of Service</u>

The undersigned certifies that on the 28th day of September, 2022, a copy of the foregoing document was electronically filed with court clerk using the CM/ECF System which sent notification of such filing to all counsel of record.

*S/Martin Zummach*