# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ADRIAN HOYLE**                                                **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 3:21-CV-171-NBB-RP**

**CITY OF HERNANDO, SCOTT WORSHAM,**
in his Official Capacity as Chief of Police of the
Hernando Police Department, **OFFICER**
**LYNN BROWN AND OFFICER HUNTER SOLOMON,**
Individually and in their Official Capacities as
Hernando Police Officers, and **JOHN DOES 1-25**          **DEFENDANTS**

## JOINDER

**COMES NOW,** Defendant, Officer Hunter Solomon, in his Individual and Official Capacities, by and through counsel, and files this his Joinder in the following:

Municipal Defendants' Response in Opposition to Plaintiff's Motion to Alter or Amend the Judgment **[Doc. 56]**.

This Defendant hereby adopts and incorporates by reference all assertions, arguments, and requests for relief made by the Municipal Defendants, including, but not limited to, the fact that the relief requested by Hoyle is improper, Hoyle's claims are barred in toto by *Heck*, and Hoyle cannot allege a constitutional violation as to either officer after the Fifth Circuit closed the door on claims like Hoyle's in *Salazar v. Molina*, 37 F.4th 278 (5th Cir. 2022).

**RESPECTFULLY SUBMITTED** this the 3rd day of October, 2023.

                                                                    **JACKS| GRIFFITH| LUCIANO, P.A.**

         By:      /s/ ***Bethany A. Tarpley***
                              Bethany A. Tarpley, MS Bar No. 104134
                              Daniel J. Griffith, MS Bar No. 8366
                              Attorneys for Officer Solomon

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: btarpley@jlpalaw.com
      dgriffith@jlpalaw.com

### CERTIFICATE OF SERVICE

    I, Bethany A. Tarpley, attorney of record for Defendant Officer Solomon, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Joinder to [Doc. 56]* to be delivered by the ECF Filing System which gave notice to the following:

    Martin Zummach, Esq.
    Sparkman-Zummach, P.C.
    Email: martin@sparkman-zummach.com
    **Attorney for Plaintiff**

    Murray B. Wells, Esq.
    Wells & Associates, PLLC
    Email: wells@thewellsfirm.com
    **Attorney for Plaintiff**

    G. Todd Butler, Esq.
    Mallory K. Bland, Esq.
    Phelps Dunbar
    Email: Todd.Butler@phelps.com
        Mallory.Bland@phelps.com
    **Attorney for City of Hernando, Scott Worsham, Officer Lynn Brown**

    **DATED** this the 3rd day of October, 2022.

                                    /s/ ***Bethany A. Tarpley***
                                    Bethany A. Tarpley