IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ADRIAN HOYLE**                                                          **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 3:21-cv-00171-NBB-RP**

**CITY OF HERNANDO, MISSISSIPPI, ET AL.**           **DEFENDANTS**

<u>**MUNICIPAL DEFENDANTS' MOTION FOR ATTORNEY'S FEES**</u>

Municipal Defendants the City of Hernando, Scott Worsham in his official capacity as Chief of Police of the Hernando Police Department, and Officer Lynn Brown individually and in his official capacity as a Hernando Police Officer ("Municipal Defendants") move for attorney's fees pursuant to 42 U.S.C. § 1988. The contemporaneously filed memorandum in support explains in detail why Municipal Defendants meet the test for prevailing party fees.

For the reasons stated in the accompanying memorandum, Municipal Defendants request that their motion be granted.

Dated: October 7, 2022.

Respectfully submitted,

PHELPS DUNBAR, LLP


BY:   */s/ G. Todd Butler*
      G. Todd Butler, MB #102907
      Mallory K. Bland, MB #105665
      4270 I-55 North
      Jackson, Mississippi 39211-6391
      Post Office Box 16114
      Jackson, Mississippi 39236-6114
      Telephone: 601-352-2300
      Telecopier: 601-360-9777
      Email: todd.butler@phelps.com
             mallory.bland@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that, on October 7, 2022, I had this *MOTION* electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *G. Todd Butler*
G. Todd Butler