**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ADRIAN HOYLE**                                                                    **PLAINTIFF**

**V.**                                        **NO. 3:21-CV-171-DMB-RP**

**CITY OF HERNANDO, et al.**                                    **DEFENDANTS**

**ORDER OF RECUSAL**

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 14th day of August, 2023.

                                                **/s/Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**