IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ADRIAN HOYLE,

    Plaintiff,

vs.                                              CAUSE NO.: 3:21-cv-171NBB-RP
                                                           JURY DEMANDED

CITY OF HERNANDO, SCOTT WORSHAM,
in his official capacity as Chief of Police of the
Hernando Police Department, OFFICER
LYNN BROWN, Individually and in his
official capacity as a Hernando Police Officer,
and JOHN DOES 1-25,

    Defendants.

## NOTICE OF APPEAL

COMES NOW, the Plaintiff, Adrian Hoyle, and appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered on August 15, 2023 (Docket No. 64), Denying Plaintiff's Motion to Alter Judgment filed on September 28, 2022. (Docket Nos. 54 and 55).

                                                  Respectfully Submitted

                                                  SPARKMAN-ZUMMACH, P.C.

                                                  *S/Martin Zummach*
                                                  Martin Zummach, #9682
                                                  Attorney for Plaintiff
                                                  7125 Getwell Road, Ste. 201
                                                  Southaven, MS 38671
                                                  662-349-6900
                                                  martin@sparkman-zummach.com

*S/Murray Well*s
Murray Wells (TN #21749)
81 Monroe Avenue, Ste. 400
Memphis, TN 38103
901-507-2521
wells@thewellsfirm.com

Certificate of Service

The undersigned certifies that on the 17th day of August, 2023, a copy of the foregoing document was electronically filed with court clerk using the CM/ECF System which sent notification of such filing to all counsel of record.

*S/Martin Zummach*

2